# EXHIBIT B

US006037937A

# United States Patent [19]

## Beaton et al.

[11] **Patent Number:** **6,037,937**

[45] **Date of Patent:** *****Mar. 14, 2000**

[54] **NAVIGATION TOOL FOR GRAPHICAL USER INTERFACE**

[75] Inventors: **Brian Finlay Beaton**, Orleans; **Colin Donald Smith**, Ottawa; **Bruce Dale Stalkie**, Kanata, all of Canada

[73] Assignee: **Nortel Networks Corporation**, CAX

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **08/985,265**

[22] Filed: **Dec. 4, 1997**

[51] **Int. Cl.**[7] .................................. **G06F 3/14; G06F 3/02**

[52] **U.S. Cl.** ......................... **345/339**; 345/352; 345/347; 345/341; 345/358

[58] **Field of Search** ..................................... 345/358, 352, 345/353, 341, 354, 350, 348, 347, 356

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,954,967 | 9/1990 | Takahashi | 364/518 |
| 5,297,253 | 3/1994 | Meisel | 395/348 |
| 5,563,996 | 10/1996 | Tchao | 345/341 |
| 5,570,109 | 10/1996 | Jenson | 345/146 |
| 5,590,257 | 12/1996 | Forcier | 707/530 |
| 5,592,195 | 1/1997 | Misono et al. | 345/146 |
| 5,600,765 | 2/1997 | Ando et al. | 345/326 X |
| 5,745,116 | 4/1998 | Pisutha-Armond | 345/358 |

| | | | |
|---|---|---|---|
| 5,745,716 | 4/1998 | Tchao et al. | 345/350 |
| 5,748,926 | 5/1998 | Fukuda et al. | 345/358 X |
| 5,760,773 | 6/1998 | Berman et al. | 345/347 |
| 5,796,406 | 8/1998 | Shigematsu et al. | 345/358 |
| 5,808,605 | 9/1998 | Shieh | 345/173 |
| 5,809,267 | 9/1998 | Moran et al. | 345/358 |
| 5,812,134 | 9/1998 | Pooser et al. | 345/356 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 565 253 | 10/1993 | European Pat. Off. . |
| 0 605 945 | 7/1994 | European Pat. Off. . |
| 0 684 543 | 11/1995 | European Pat. Off. . |

OTHER PUBLICATIONS

IBM Technical Disclosure Bulletin, "Scroll Control Box," vol. 36, No. 4, Apr. 1993, pp. 399–403.

*Primary Examiner*—Raymond J. Bayerl
*Assistant Examiner*—Thomas Nguyen
*Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

[57] **ABSTRACT**

The system and method consistent with the present invention provides improved graphical navigation tool for electronic devices. The graphical navigation tools may be used to navigate through documents at any direction at varying speeds. The navigation tool is preferably transparent to prevent obscuring the text of the underlying document. Accordingly, the navigational tool does not take up additional screen real estate. The GUI of the present invention may be especially useful in portable electronic devices with small displays.

**24 Claims, 11 Drawing Sheets**





# FIG. 1



# FIG. 2

Case 4:13-cv-05933-CW   Document 1-2   Filed 12/23/13   Page 4 of 19



*FIG. 3B*



*FIG. 3A*



FIG. 4



**FIG. 5**

Case 4:13-cv-05933-CW   Document 1-2   Filed 12/23/13   Page 7 of 19



**FIG. 6**



**FIG. 7A**



**FIG. 7B**



# FIG. 8

Case 4:13-cv-05933-CW   Document 1-2   Filed 12/23/13   Page 9 of 19



**FIG. 9A**



**FIG. 9B**



**FIG. 9C**



**FIG. 10C**



**FIG. 10B**



**FIG. 10A**



VIEWING WINDOW DOES NOT
MOVE (ACTIVATION AREA)

VIEWING WINDOW
MOVES SLOWLY

VIEWING WINDOW
MOVES QUICKLY

## FIG. 11A



VIEWING WINDOW  MOVES
QUICKLY TO THE PREVIOUS PAGE

VIEWING WINDOW MOVES
SLOWLY TO THE PREVIOUS PAGE

NEXT PAGE
ICON

VIEWING WINDOW MOVES
SLOWLY TO THE NEXT PAGE

PREVIOUS PAGE
ICON

VIEWING WINDOW  MOVES
QUICKLY TO THE NEXT PAGE

## FIG. 11B



TOUCH POINT
DISTRIBUTION

*FIG. 12*

---

1310

DETERMINE INDIVIDUAL POINTS
OF CONTACT MADE BY OBJECT

↓

1320

COMPUTE CENTROID OF
DETERMINED POINTS OF CONTACT

↓

1330

COMPUTE STANDARD
DEVIATION OF CENTROID

↓

1340

DETERMINE POINTER OF THE
OBJECT MAKING CONTACT

*FIG. 13*



## FIG. 14A



## FIG. 14B

6,037,937

1

# NAVIGATION TOOL FOR GRAPHICAL USER INTERFACE

## RELATED APPLICATIONS

This application is related to U.S. patent application, Ser. No. 08/985,264 (Atty. Docket No. 3884.0116-00), entitled INTELLIGENT TOUCH DISPLAY; and U.S. patent application, Ser. No. 08/985,561 (Atty. Docket No. 3884.0117-00), entitled CONTEXTUAL GESTURE INTERFACE, both of which are filed concurrently herewith, and both of which are hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

The present invention relates generally to graphical user interfaces (GUI), and more particularly to a navigation tool for graphical user interfaces.

Until relatively recently, software-based documents have been primarily viewed and manipulated on desktop or laptop computers with relatively large displays, typically 640–480 pixels or larger. These displays are often large enough to display a full page of standard size page or at least a significant portion of the page. Hence, on-screen graphical menus and controls displayed in window of an application did not greatly reduce the display area for the underlying document. Computers also have peripheral devices such as a keyboard or a mouse to control the display of content information. Thus, viewing and navigating around a single-page or multi-page document have not posed much difficulty.

Due to increasing focus on compactness of electronic devices, however, the displays especially in portable electronic devices are becoming smaller and smaller. Popular electronic devices with a smaller display area include electronic organizers, PDA's (personal digital assistants), and graphical display-based telephones. Also available today are communicators that facilitate various types of communication such as voice, faxes, SMS (Short Messaging Services) messages, e-mail, and Internet-related applications. These products can likewise only contain a small display area.

To enable users to navigate around a full page of content information, these devices typically provide hard-keys for arrows as shown in FIG. **1**. The hard-keys, however, not only increase the size but also add to the cost of the devices. Also, hard-keys generally provide limited options for direction of movement, e.g., vertical or horizontal. They generally do not provide the freedom to move in any direction.

Some displays of these devices also require a separate stylus having peripheral technology that requires transmission of electromagnetic pulses or light to the display. These devices often require additional controllers such as buttons on the body or the tip of the stylus for activation. Furthermore, these styli require a power source, either through wire or battery, and their compatibility is generally limited to a specific device.

As shown in FIG. **2**, other devices substitute hard-keys with graphical on-screen arrows or scroll bars that are typically used in full-size computer displays. The on-screen scroll bars, however, occupy valuable screen real estate and compound the limitations of small displays. Similar to the hard-keys, the on-screen arrows also generally restrict the navigational movement to horizontal or vertical direction.

In other forms of on-screen GUIs, e.g., pop-up menus, also take up valuable screen space, further reducing the available display area for content information. Additionally, on-screen pop-up menus typically provide available func-

2

tions in multiple layers, thus requiring a user to move deeply into the hierarchy before reaching the desired function. This is time consuming and renders the GUI cumbersome and ineffective.

Therefore, it is desirable to provide navigation tools that allow small-size devices while maximizing the use of available screen real estate.

It is also desirable to provide tools to navigate within a document at any direction at varying speeds.

It is further desirable to provide navigation tools that can be activated without requiring specific electronic devices.

In addition, it is further desirable to provide an improved GUI that simplifies GUI by recognizing various characteristics of the touch input.

## SUMMARY OF THE INVENTION

Systems and methods consistent with the present invention provide graphical control tools for efficient navigation in display devices.

Specifically, a method consistent with this invention of controlling display of content information in a physical viewing area comprises several steps. Initially, the system displays the content information in the physical viewing area. The system also displays a representation of a control tool over the display of content information. Thereafter, the system receives a user input selecting the control tool, and controls the display of content information according to the user input.

A system consistent for this invention for controlling display of content information in a physical viewing area includes displaying means, receiving means, and controlling means. The displaying means displays the content information in the physical viewing area, and displays a representation of a control tool over the display of content information. The receiving means receives a user input selecting the control tool. Thereafter, the controlling means controls the display of the content information according to the user input.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated in and constitute a part of this specification, illustrate the invention and together with the description, serve to explain the principles of the invention.

In the drawings,

FIG. **1** shows conventional hard-key arrows for navigation control;

FIG. **2** shows conventional on-screen graphical navigation tool;

FIGS. **3A–3B** are diagrams of an exemplary mobile telephone consistent with the principles of the present invention;

FIG. **4** is a block diagram showing the elements of the mobile telephone of FIG. **3A**;

FIG. **5** is a block diagram showing the components of the memory of FIG. **4**;

FIG. **6** is a block diagram of touch screen functionalities;

FIGS. **7A–7B** show an exemplary inactive and active graphical navigation tool, respectively;

FIG. **8** is a sample screen showing an active navigation tool;

FIGS. **9A–9C** show exemplary features of the navigation tool;

6,037,937

3

FIGS. **10A–10C** are sample screens showing the navigation tool performing various navigation functions;

FIGS. **11A–11B** show exemplary features of the navigation tool relating to speed of navigation;

FIG. **12** is a diagram illustrating a touch point distribution;

FIG. **13** is a flowchart illustrating the process of determining the size of the object making contact with the viewing area; and

FIGS. **14A** and **14B** are graphs showing the touch characteristics of a pen and a finger, respectively.

DESCRIPTION OF THE PREFERRED
EMBODIMENT

Reference will now be made in detail to the present preferred embodiment of the invention, an example of which is illustrated in the accompanying drawings. Where appropriate, the same reference numerals refer to the same or similar elements. The appended claims define the scope of the invention; the following description does not limit that scope.

The graphical navigation tool of the present invention may be implemented in a wide range of electronic devices mentioned above such as electronic organizers, PDA's, and graphical display-based telephones. Although the need to maximize the use of screen real estate is most critical in portable electronic devices with small displays, the present invention can also be implemented in full-size computers or electronic devices. For purposes of illustration, however, the present invention will be explained in detail in a mobile telephone environment.

Specifically, FIG. **3A** shows a mobile telephone **310** and FIG. **3B** shows an exemplary wireline telephone preferably having the graphical navigation tool consistent with the present invention. Mobile telephone **310** includes main housing **210**, antenna **320**, keypad **330**, and display **340**. FIG. **4** shows the hardware elements in mobile telephone **310** including antenna **410**, communications module **420**, feature processor **430**, memory **440**, sliding keypad **450**, analog controller **460**, display module **470**, battery pack **480**, and switching power supply **490**.

Antenna **410** transmits and receives radio frequency information for mobile telephone **310**. Antenna **410** preferably comprises a planar inverted F antenna (PIFA)-type or a short stub (2 to 4 cm) custom helix antenna. Antenna **410** communicates over a GSM (Global System for Mobile Communications) switching fabric using a conventional voice B-channel, data B-channel, or GSM signaling channel connection.

Communications module **420** connects to antenna **410** and provides the GSM radio, baseband, and audio functionality for mobile telephone **310**. Communications module **420** includes GSM radio **421**, VEGA **423**, BOCK **425**, and audio transducers **427**.

GSM radio **421** converts the radio frequency information to/from the antenna into analog baseband information for presentation to VEGA **423**. VEGA **423** is preferably a Texas Instruments VEGA device, containing analog-to-digital (A/D)/digital-to-analog (D/A) conversion units **424**. VEGA **423** converts the analog baseband information from GSM radio **421** to digital information for presentation to BOCK **425**.

BOCK **425** is preferably a Texas Instruments BOCK device containing a conventional ARM microprocessor and a conventional LEAD DSP device. BOCK **425** performs GSM baseband processing for generating digital audio sig-

4

nals and supporting GSM protocols. BOCK **425** supplies the digital audio signals to VEGA **423** for digital-to-analog conversion. VEGA **423** applies the analog audio signals to audio transducers **427**. Audio transducers **427** include speaker **428** and microphone **429** to facilitate audio communication by the user.

Feature processor **430** provides GUI features and a Java Virtual Machine (JVM). Feature processor **430** communicates with BOCK **425** using high level messaging over an asynchronous (UART) data link. Feature processor **430** contains additional system circuitry, such as a liquid crystal display (LCD) controller, timers, UART and bus interfaces, and real time clock and system clock generators (not shown).

Memory **440** stores data and program code used by feature processor **430**. Memory **440** includes static RAM **442** and flash ROM **444**. Static RAM **442** is a volatile memory that stores data and other information used by feature processor **430**. Flash ROM **444**, on the other hand, is a non-volatile memory that stores the program code executed by feature processor **430**.

Sliding keypad **450** enables the user to dial a telephone number, access remote databases, and manipulate the GUI features. Sliding keypad **450** preferably includes a mylar resistive key matrix that generates analog resistive voltage in response to actions by the user. Sliding keypad **450** preferably connects to main housing **210** (FIG. **3A**) of mobile telephone **310** through two mechanical "push pin"-type contacts (FIG. **4**).

Analog controller **460** is preferably a Philips UCB1100 device that acts as an interface between feature processor **430** and sliding keypad **450**. Analog controller **460** converts the analog resistive voltage from sliding keypad **450** to digital signals for presentation to feature processor **430**.

Display module **470** preferably includes a 160×320 pixel LCD **472** with an analog touch screen panel **474** and an electroluminescent backlight. LCD **472** operates in conjunction with feature processor **430** to display the GUI features. Analog controller **460** scans touch screen overlay **474** while feature processor **430** refreshes LCD **472**.

Battery pack **480** is preferably a single lithium-ion battery with active protection circuitry. Switching power supply **490** ensures highly efficient use of the lithium-ion battery power by converting the voltage of the lithium-ion battery into stable voltages used by the other hardware elements of mobile telephone **310**.

FIG. **5** is a block diagram illustrating the components of memory **440**. Static RAM **442** stores data and other information used by feature processor **430**. Flash ROM **444** contains various programs including a program **510**, a touch screen program **520**, a navigation program **530**, and a drawing program **540**. Program **520**, preferably written in languages such as Java, C, or C++ for Macintosh, is a main program overseeing the operation of mobile telephone **310**.

Touch screen program **520** facilitates processing of touch input on touch screen panel **474** using a typical touch input algorithm. Navigation program **530** handles navigation of the content information display. Drawing program **540** is a graphical drawing package. Programs **520**, **530**, and **540** may be one of any commercially available packages or a user-defined feature program or macro.

The present invention provides various features through tactile GUI. Initially, LCD **472** displays various GUI features. Referring to FIG. **6**, a user touches touch screen panel **474** to provide user input, for example, to navigate around a document or invoke a desired function. Analog controller

6,037,937

5

460 scans touch screen panel 474 and reads the corresponding analog voltage of touch screen panel 474. Analog controller 460 then converts the analog values into corresponding digital values representing the Cartesian coordinates, which are transmitted to feature processor 430 for processing. The resolution of the touch input depends on the ability of analog controller 460 to discern among multiple levels of analog values, generally defined in bits.

FIGS. 7A–7B show an exemplary graphical navigation tool preferably used to navigate around documents that are too large to view within a single screen of a physical display (hereinafter referred as "viewing area"). The navigation tool may be used to view any kind of document including faxes, Web pages, or e-mail. In one embodiment consistent with the present invention, an inactive navigation tool is displayed and accessible to the user at all times (FIG. 7A). The user may activate the navigation tool by touching and holding the center of the navigation tool for a predetermined time period, for example, one to two seconds (FIG. 7B). An activated navigation tool is preferably transparent to avoid hindering the display of content information in the viewing area as shown in FIG. 8. Alternatively, the navigation star may change colors or other features of its appearance to indicate its active status. A solid line image, for example, may be used in greyscale displays that do not support transparency.

The present invention may be designed such that feature processor 430 ignores any touch input on the navigation tool unless the navigation tool has been activated. Instead, the touch input may be interpreted as input to access control buttons in the underlying document, write on the underlying document, or invoke other functions related to the underlying document. This will prevent against unintentional navigation in the viewing window in case the user inadvertently touches touch screen panel 474. In an alternative embodiment, the present invention may accept stylus input to access the underlying document while a finger or non-electromagnetic touch on any part of the navigation tool invokes the navigation function.

Referring to FIGS. 9A–9C, once the navigation tool is activated, the user may navigate through the document by selecting the graphical arrows, e.g., up, right, left, and down arrows (FIG. 9A), or graphical page icons, e.g., previous or next page (FIG. 9B). One skilled in the art may vary the type and number of graphical tools significantly. For example, the navigation tool may provide graphical representations for forward, next document, back, or home functions (FIG. 9C).

FIGS. 10A–10C show exemplary screen displays while the user is touching the navigation tool. Upon touching the right arrow of the navigation tool, for example, the right arrow is highlighted and navigation program 530 moves the display to the right (FIG. 10A). Similarly, touching the down arrow moves the display down (FIG. 10B). Although the four arrows are presented to guide the users, navigation program 530 supports navigational movement at any direction. If the user touches an area of the navigation tool equidistant between the up and right arrows, for example, navigation program 530 will move the display towards the upper-right portion of the underlying document at a 45-degree angle. Touching the arrows or any area in between, moves the display in the selected direction until navigation program 530 reaches the edge of the page.

Touching the next page icon moves the viewing window to the next page of the underlying document (FIG. 10C). If a particular document does not have a page corresponding to a previous or next page icon, navigation program 530 will

6

not display the respective previous or next page icons. This would apply to one-page documents, or when the user is at the beginning or end of a multi-page document. In one embodiment consistent with the present invention, a momentary touch of the next page icon causes navigation program 530 to jump to the next page while a continuous touch on the next page icon causes navigation program 530 to continue scrolling through succeeding pages of the underlying document. The previous page icon may embody similar characteristics.

The user may also control the speed of the navigation. As shown in FIG. 11A, the speed of the navigation accelerates as the user touch moves from the center of the circle toward the circumference of the circle, i.e., tip of the arrow. Hence, the viewing window moves slowly when the user touches the blunt end of the arrow located at the center of the circle while the speed accelerates as the user moves the finger towards the tip of the arrow. The speed of navigation, therefore, is determined by the distance of the touch relative to the center of the circle. Likewise, similar principles apply to previous or next page/document icons where a touch closer to the outer edge of the previous or next page/document icons accelerates navigation through the document as shown in FIG. 11B.

Although the exemplary transparent tool discussed above is for navigation, transparent control tools may be implemented for a variety of functions. A transparent tool may, for example, be used for a Web browser application where the controls may be used for appropriate functions such as moving forwards or backwards through different Web pages or returning to home page. One skilled in the art may easily vary the design or the functionality of the graphical navigation tools described above without departing from the scope of the present invention.

In an exemplary embodiment of a navigation tool described above, a finger touch invokes navigational functions based on the feature selected and the location of the user touch. Alternatively, other objects making contact with touch screen panel 474 may invoke other tools or functions. A pointy stylus touch, for example, may invoke a menu with cardinal points representing multiple line widths, colors, or patterns.

In another embodiment consistent with the present invention, tools or application programs may be stored in flash ROM 444 to provide related interfaces to the user. The use of a finger may, for example, invoke tools or dialogues that are finger-touchable and large whereas the use of a sharp stylus may invoke a modified GUI with smaller touch targets. In yet another embodiment, in a document viewing application normally navigable by a finger touch, use of a sharp stylus may automatically invoke a document annotation application for marking up the underlying document.

As described above, the touch-responsive GUI of the present invention are facilitated though various components including touch screen panel 474, analog controller 460, and feature processor 430. Specifically, analog controller 460 scans touch screen panel 474 to read the corresponding analog voltage of touch screen panel 474 activated by a user touch. Analog controller 460 then converts the analog values into a digital value representing the Cartesian coordinates, which is transmitted to feature processor 430 for processing according to the functionalities of the present invention.

When a user touches touch screen panel 474, program 510 initiates touch screen program 520 to determine the pointer size of the object making contact with touch screen panel 474 based on a touch point distribution or pointer size of the

6,037,937

7

touch input. As shown in FIG. **12**, touch screen program **520** can, for example, determine whether the pointer size of the object is a finger or a sharp object.

FIG. **13** is a flowchart illustrating the process of determining the size of the object making contact with the viewing area. Touch point program **520** first determines the individual points of contact made by the object (step **1310**). It computes a centroid, or other average point, of the determined points of contact (step **1320**). Touch program **520** then computes a standard deviation of the centroid as well as the variance (step **1330**), and determines the pointer size based on the centroid and the standard deviation (step **1340**). These computations are preferably performed on a real-time basis to provide immediate system response to the touch input. In order to achieve optimum results and accuracy, analog touch controller **460** preferably generates 150 points per second or more. Touch program **520** may also use the amount of pressure imposed on touch screen panel **474** as a function of time to determine the size of object. As shown in FIG. **14A**, for example, if the amount of pressure increases or decreases sharply at a particular instant in time, touch point program **520** may determine that the touch corresponds to a pen. A finger touch, on the other hand, results in a gradual increase and decrease in pressure as illustrated by a smoother curve in FIG. **14B**.

Program **510** can also be programmed to correlate certain pointer size to certain objects and invoke corresponding functions or tools. Such GUI provides a richer, yet simplified interaction between the user and mobile telephone **310**. If program **510** determines that the pointer size of the object corresponds to the size of a finger, program **510** may initiate a navigation tool. If the pointer size corresponds to the size of several fingers, program **510** may invoke a drag function of the navigation tool. On the other hand, if program **510** determines that the pointer size of the object corresponds to size of a sharp point or pen, program **510** may initiate a drawing tool supported by drawing program **540**. Similarly, if program **510** determines that the pointer size of the object corresponds to size of a pencil eraser, program **510** may initiate an erase function of the drawing tool. One skilled in the art may easily vary the functions or tools initiated by program **510**. Additionally, the functions or tools may be commercial software packages, predetermined functions, or user-defined macros.

In addition to using the pointer size to determine the desired GUI, program **510** can also incorporate other characteristics of the user touch, e.g., gestures or movements, to simplify GUI and maximize screen real estate. A gesture recognizing interface extends the ability of the present invention to distinguish between different sized pointers to track gestures and movement of user input based on vector direction and magnitude, all in the context of active user application. This type of contextual gesture interface can infer by context, the implement, and the gesture chosen by the user what functions the user wishes to invoke. Accordingly, all these functions are available without menus or scroll bars and do not require additional screen areas to display the functions.

Program **510** recognizes other characteristics of the touch input including the context of the input, namely the task or sub-task applications running when the GUI is invoked. If a user is in a document navigation application, for example, program **510** interprets a quick drag to the right as a next page function. If the underlying task is an editing application, program **510** may interpret the same gesture as a highlight function and highlight a portion of the document touched by the user. Similarly, in graphics application, a

8

quick drag to the right may invoke a drawing tool to draw from the starting point to the ending point of the touch points. In a document viewing application, the same touch may invoke a navigation tool to move the view of the document in the direction of the finger drag.

All of the above functions and features described above focuses on providing intuitive GUIs and minimize the need for users to memorize complicated, hierarchical menus or procedures. Additionally, the present invention maximize available screen real estate while providing a wide array of GUI and tools.

It will be apparent to those skilled in the art that various modifications and variations can be made in the system of the present invention and in construction of this system without departing from the scope or spirit of the invention. Other embodiments of the invention will be apparent to those skilled in the art from consideration of the specification and practice of the invention disclosed herein. The specification and examples should be considered as exemplary only, with the true scope and spirit of the invention indicated by the following claims.

What is claimed is:

1. A method of activating functions responsive to a user input, comprising:

providing a manipulable area portion in a physical viewing area, said manipulable area portion having at least one manipulation function associated therewith;

displaying a representation of a control tool overlaying the manipulable area portion, said control tool having at least one control tool function associated therewith;

receiving a user input to the physical viewing area corresponding to the manipulable area portion and the representation of the control tool;

determining if the user input selects the control tool; and

activating the at least one manipulation function when the user input does not select the control tool or permitting the at least one control tool function to be activated when the user input does select the control tool.

2. The method of claim **1**, wherein the at least one control tool function includes a function of changing a display of information in the manipulable area portion, the method further including:

after at least one control tool function is permitted to be activated, receiving a subsequent user input selecting a predetermined portion of the control tool; and

activating the function of changing a display of information in response to the subsequent user input.

3. The method of claim **2**, wherein the function of changing a display of information includes shifting information in the manipulable area portion.

4. The method of claim **3**, wherein the shifting includes scrolling.

5. The method of claim **3**, wherein the shifting includes jumping.

6. The method of claim **2**, wherein the function of changing a display of information includes control of the speed of the change of the display of information based on the subsequent user input.

7. The method of claim **2**, wherein the changing includes displaying a different one of a plurality of pages of information.

8. The method of claim **1**, wherein the displaying a representation of the control tool includes displaying arrows indicating direction.

9. The method of claim **1**, wherein the information displayed in the manipulable area portion includes a portion

6,037,937

**9**

of a document and wherein the at least one control tool function includes a function related to the document.

**10**. The method of claim **1**, wherein the displaying the representation of the control tool includes displaying a virtually transparent representation of the control tool.

**11**. The method of claim **1**, wherein the displaying the representation of the control tool includes displaying an opaque representation of the control tool.

**12**. The method according to claim **1**, wherein the at least one manipulation function includes an editing function for a document.

**13**. An apparatus for activating functions responsive to a user input, comprising:

    means for providing a manipulable area portion in a physical viewing area, said manipulable area portion having at least one manipulation function associated therewith;

    means for displaying a representation of a control tool overlaying the manipulable area portion, said control tool having at least one control tool function associated therewith;

    means for receiving a user input to the physical viewing area corresponding to the manipulable area portion and the representation of the control tool;

    means for determining if the user input selects the control tool; and

    means for activating the at least one manipulation function when the user input does not select the control tool or permitting the at least one control tool function to be activated when the user input does select the control tool.

**14**. The apparatus of claim **13**, wherein the at least one control tool function includes a function of changing a display of information in the manipulable area portion, the apparatus further including:

    means for receiving a subsequent user input selecting a predetermined portion of the control tool, after at least one control tool function is permitted to be activated, and

**10**

    means for activating the function of changing a display of information in response to the subsequent user input.

**15**. The apparatus of claim **14**, wherein the function of changing a display of information includes shifting information in the manipulable area portion.

**16**. The apparatus of claim **15**, wherein the shifting includes scrolling.

**17**. The apparatus of claim **15**, wherein the shifting includes jumping.

**18**. The apparatus of claim **14**, wherein the function of changing a display of information includes control of the speed of the change of the display of information based on the subsequent user input.

**19**. The apparatus of claim **14**, wherein the changing includes displaying a different one of a plurality of pages of information.

**20**. The apparatus of claim **13**, wherein the means for displaying a representation of the control tool includes displaying arrows indicating direction.

**21**. The apparatus of claim **13**, wherein the information displayed in the manipulable area portion includes a portion of a document, and wherein the at least one control tool function includes a function related to the document.

**22**. The apparatus of claim **13**, wherein the means for displaying the representation of the control tool includes displaying a virtually transparent representation of the control tool.

**23**. The apparatus of claim **13**, wherein the means for displaying the representation of the control tool includes displaying an opaque representation of the control tool.

**24**. The apparatus according to claim **13**, wherein the at least one manipulation function includes an editing function for a document.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

**PATENT NO.** : 6,037,937

**DATED** : March 14, 2000

**INVENTOR(S)** :
Brian Beaton, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page, col. 1, item [73], after "Assignee:  Nortel Networks Corporation," "CAX" should be --CANADA--.

Signed and Sealed this

Nineteenth Day of December, 2000

*Attest:*

**Q. TODD DICKINSON**

*Attesting Officer*     *Commissioner of Patents and Trademarks*