QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Sean Pak (Cal. Bar No. 219032)
    seanpak@quinnemanuel.com
    Amy H. Candido (Cal. Bar No. 237829)
    amycandido@quinnemanuel.com
    Matthew S. Warren (Cal. Bar No. 230565)
    matthewwarren@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
(415) 875-6600
(415) 875-6700 (facsimile)

Attorneys for Plaintiff GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GOOGLE INC., | CASE NO.  3:13-cv-5933 |
|---|---|
| Plaintiff, | **GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| ROCKSTAR CONSORTIUM US LP, and MOBILESTAR TECHNOLOGIES LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

     Under Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, plaintiff Google Inc. ("Google") has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

     Under Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

     ASUSTeK Computer, Inc.;

     ASUS Computer International, Inc;

     Futurewei Technologies Inc.;

1     HTC America, Inc.;

2     HTC Corporation;

3     Huawei Device (Hong Kong) Co., Ltd.;

4     Huawei Device USA Inc.;

5     Huawei Investment & Holding Co., Ltd.;

6     Huawei Technologies Co., Ltd.;

7     Huawei Technologies USA, Inc.;

8     Huawei Technologies Coöperatief U.A.;

9     LG Electronics Inc.;

10     LG Electronics MobileComm U.S.A., Inc.;

11     LG Electronics U.S.A., Inc.;

12     Pantech Co., Ltd.;

13     Pantech Wireless, Inc.;

14     Samsung Electronics America, Inc.;

15     Samsung Electronics Co., Ltd.;

16     Samsung Telecommunications America, LLC;

17     ZTE Corporation;

18     ZTE (USA) Inc.; and

19     ZTE Solutions.

20     Defendants Rockstar Consortium US LP and MobileStar Technologies LLC ("Rockstar")

21 have sued each of these entities for alleged infringement of the patents that are the subject of this

22 action.  Rockstar claims that each of these entities infringes alleged Rockstar patents by making,

23 using, selling, offering for sale, importing, exporting, supplying, or distributing "certain mobile

24 //

25 //

26 //

27 //

28 //

communication devices having a version (or an adaption thereof) of [the] Android operating system" developed by Google.

DATED: December 23, 2013

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s Matthew S. Warren
  Matthew S. Warren
  *Attorneys for Google Inc.*