| Attorney or Party without Attorney: QUINN EMANUEL URQUHART & SULLIVAN 50 CALIFORNIA STREET, 22ND FLOOR SAN FRANCISCO, CA 94111 Telephone No: 415-875-6600  FAX No: 415-875-6700 Ref. No. or File No.: Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of California

Plaintiff: GOOGLE INC.
Defendant: ROCKSTAR CONSORTIUM US LP, ET AL

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 13-cv-05933 PSG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Google Inc.'s Corporate Disclosure Statement And Certification Of Interested Entities Or Persons; Complaint; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Order Setting Initial Case Management Conference And Adr Deadlines; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Paul S. Grewal; Standing Order For All Judges Of The Northern District Of California; Joint Case Management Statement And [Proposed] Order; Adr Instructions; Adr Procedures Booklet; Ecf Registration Information Handout; Settlement Conference Procedures; Standing Order Regarding Case Management In Civil Cases; Adr Certification By Parties And Counsel; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California

3. a. Party served:   ROCKSTAR CONSORTIUM US LP C/O NATIONAL CORPORATE RESEARCH, LTD.
   b. Person served:  LIZ CATES, AUTHORIZED TO ACCEPT

4. Address where the party was served:   800 BRAZOS, STE. 400
                                          AUSTIN, TX 78701

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Dec. 26, 2013 (2) at: 1:50PM

7. Person Who Served Papers:
   a. TOM KROLL

★ A & A LEGAL SERVICE ★

1541 Bayshore Hwy.
Burlingame, CA 94010-1602
(650) 697-9431
Email: aalegal@pacbell.net
Fax (650) 697-4640

   d. The Fee for Service was:
   e. I am:
      (i) Independent Contractor

Recoverable Cost Per CCP 1033.5(a)(4)(B)

8. I declare under penalty of perjury under the laws that the foregoing is true and correct.

Date: Thu, Dec. 26, 2013

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

(TOM KROLL)

9865700.85144

## PROOF OF SERVICE

I, Norman Madden, declare as follows:

    I am employed by Quinn Emanuel Urquhart & Sullivan, LLP, in the City and County of San Francisco, State of California. My business address is 50 California Street, 22nd Floor, San Francisco, California, 94111-4788. I am over the age of eighteen years, and I am not a party to this action.

    On January 6, 2014, I served true copies of the foregoing document, PROOF OF SERVICE OF SUMMONS IN A CIVIL ACTION ON ROCKSTAR CONSORTIUM US LP, on the following parties:

Rockstar Consortium US LP  
Legacy Town Center 1  
7160 North Dallas Parkway  
Suite No. 250  
Plano, Texas 75024

MobileStar Technologies LLC  
Legacy Town Center 1  
7160 North Dallas Parkway  
Suite No. 250  
Plano, Texas 75024

I enclosed the foregoing document in sealed envelopes addressed as shown above, and I deposited these envelopes in the mail at San Francisco, California, using First Class Mail, fully prepaid.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2014, at San Francisco, California.

*/s/ Norman Madden*

PROOF OF SERVICE