| Attorney or Party without Attorney:<br>QUINN EMANUEL URQUHART & SULLIVAN<br>50 CALIFORNIA STREET, 22ND FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-875-6600   FAX No: 415-875-6700 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | |
| Plaintiff: GOOGLE INC.<br>Defendant: ROCKSTAR CONSORTIUM US LP, ET AL | | | | |
| **PROOF OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>13-cv-05933 PSG |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Google Inc.'s Corporate Disclosure Statement And Certification Of Interested Entities Or Persons; Complaint; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Order Setting Initial Case Management Conference And Adr Deadlines; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Paul S. Grewal; Standing Order For All Judges Of The Northern District Of California; Joint Case Management Statement And [Proposed] Order; Adr Instructions; Adr Procedures Booklet; Ecf Registration Information Handout; Settlement Conference Procedures; Standing Order Regarding Case Management In Civil Cases; Adr Certification By Parties And Counsel; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California

3. a. Party served:        MOBILESTAR TECHNOLOGY LLC C/O CT CORPORATION SYSTEM
   b. Person served:     TRACIE HOLLYWOOD, AUTHORIZED TO ACCEPT

4. Address where the party was served:   1999 BRYAN STREET
                                          9TH FLOOR
                                          DALLAS, TX 75201

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Dec. 26, 2013 (2) at: 1:35PM

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANTHONY M COLLINS
                                                       d. The Fee for Service was:
   **A & A LEGAL SERVICE**
                                                       e. I am:
   1541 Bayshore Hwy.    Email: aalegal@pacbell.net          (i) Independent Contractor
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

8. I declare under penalty of perjury                  that the foregoing is true and correct.

   Date: Thu, Dec. 26, 2013

   Judicial Council Form          PROOF OF SERVICE           (ANTHONY M COLLINS)
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL                              9865700.85143

**PROOF OF SERVICE**

I, Norman Madden, declare as follows:

I am employed by Quinn Emanuel Urquhart & Sullivan, LLP, in the City and County of San Francisco, State of California. My business address is 50 California Street, 22nd Floor, San Francisco, California, 94111-4788. I am over the age of eighteen years, and I am not a party to this action.

On January 6, 2014, I served true copies of the foregoing document, PROOF OF SERVICE OF SUMMONS IN A CIVIL ACTION ON MOBILESTAR TECHNOLOGIES LLC, on the following parties:

Rockstar Consortium US LP
Legacy Town Center 1
7160 North Dallas Parkway
Suite No. 250
Plano, Texas 75024

MobileStar Technologies LLC
Legacy Town Center 1
7160 North Dallas Parkway
Suite No. 250
Plano, Texas 75024

I enclosed the foregoing document in sealed envelopes addressed as shown above, and I deposited these envelopes in the mail at San Francisco, California, using First Class Mail, fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2014, at San Francisco, California.

_____
Norman Madden