| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Sean Pak (Cal. Bar No. 219032) |
| 2 | seanpak@quinnemanuel.com |
| | Amy H. Candido (Cal. Bar No. 237829) |
| 3 | amycandido@quinnemanuel.com |
| | Matthew S. Warren (Cal. Bar No. 230565) |
| 4 | matthewwarren@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 5 | San Francisco, California 94111 |
| | (415) 875-6600 |
| 6 | (415) 875-6700 (facsimile) |
| 7 | Attorneys for Plaintiff GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC., | CASE NO. 13-cv-5933-CW |
| Plaintiff, | **DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR TRANSFER** |
| v. | |
| ROCKSTAR CONSORTIUM US LP, and MOBILESTAR TECHNOLOGIES LLC, | Date: March 13, 2014 |
| Defendants. | Time: 2:00 p.m. |
| | Courtroom: Courtroom 2, Fourth Floor |
| | Judge: Hon. C.J. Claudia Wilken |

I, Kristin J. Madigan, declare under 28 U.S.C. §1746:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for plaintiff Google Inc. ("Google") in this action. I submit this declaration in support of Google's Opposition to Defendants' Motion to Dismiss or Transfer. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of Ian Austen, *Nortel Seeks Bankruptcy Protection*, N.Y. Times, January 14, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of Hugo Miller and Andrew Mayeda, *Made-in-Canada Solution For BlackBerry Avoids Nortel Fate*, Bloomberg, August 13, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of *Nortel Files for Bankruptcy*, Silicon Valley Business Journal, January 14, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of a Voluntary Petition for Bankruptcy filed in *Nortel Networks Inc., et al.*, No. 09-10138 (D. Del. Jan. 14, 2009) (Dkt. No. 1).

6. Attached hereto as Exhibit 5 is a true and correct copy of the Order Authorizing and Approving (A) The Sale of Certain Patent and Related Assets Free And Clear of All Claims and Interests, (B) The Assumption and Assignment of Certain Executory Contracts, (C) The Rejection of Certain Patent Licenses and (D) The License Non-Assignment and Non-Renewal Protections, *Nortel Networks Inc., et al.*, No. 09-10138 (D. Del. July 11, 2011) (Dkt. No. 5935).

7. Attached hereto as Exhibit 6 is a true and correct copy of Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry Into the Stalking Horse Asset Sale Agreement (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Approving the License Rejection Procedures, (E) Approving a Side Agreement, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting A Date for the Sale Hearing and (II) Authorizing and Approving (A) The Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests, (B) The Assumption and Assignment of Certain Executory Contracts, (C) The

Rejection of Certain Patent Licenses and (D) The License Non-Assignment and Non-Renewal Protections, *Nortel Networks Inc., et al.*, No. 09-10138 (D. Del. April 4, 2011) (Dkt. No. 5202).

8. Attached hereto as Exhibit 7 is a true and correct copy of Robert McMillan, *How Apple and Microsoft Armed 4,000 Patent Warheads*, Wired Enterprise, May 21, 2012.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Certificate of Limited Partnership of Rockstar Bidco, LP.

10. Attached hereto as Exhibit 9 is a true and correct copy of a document titled Apple Inc. Form 10-Q Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the quarterly period ended June 25, 2011.

11. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from the ip-rockstar.com website page titled "Corporate Leaders."

12. Attached hereto as Exhibit 11 is a true and correct copy of *IPBC 2012: Interview With John Veschi* (June 26, 2012), available at http://www.ipbusinesscongress.com/2012/audiovideo/VideoDetail.aspx?g=4c4cf910-ec43-4df3-89c9-bdaafe1802b6%20.

13. Attached hereto as Exhibit 12 is a true and correct copy of Joff Wild, *Star Man*, Intellectual Asset Management, July/August 2013, available at http://www.ip-rockstar.com/Press_Releases/IAM%20Rockstar%20Article%20JulyAugust%202013.pdf.

14. Attached hereto as Exhibit 13 is a true and correct copy of an excerpt from the ip-rockstar.com website page titled "About Rockstar."

15. Attached hereto as Exhibit 14 is a true and correct copy of an excerpt from the United States Patent And Trademark Office website (www.uspto.gov/assignments) "Patent Assignment Assignor Details" for Rockstar Bidco, LP.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Certificate of Limited Partnership of Rockstar Consortium US LP.

17. Attached hereto as Exhibit 16 is a true and correct copy of Robert McMillan, *Facebook Infringes My Patents Too, Says CEO Who Just Sued Google*, Wired Enterprise, November 1, 2013.

1          18.     Attached hereto as Exhibit 17 is a true and correct copy of Exhibits Q-U to Docket No. 1, *Charter Communications v. Rockstar et. al*., No. 14-0055 (D. Del. Jan. 17, 2014).

           19.     Attached hereto as Exhibit 18 is a true and correct copy of an excerpt from the ip-rockstar.com website page titled "Innovation."

           20.     Attached hereto as Exhibit 19 is a true and correct copy of website pages from www.LinkedIn.com for thirty-three individuals who include "Rockstar Consortium" as their current employer.

           21.     Attached hereto as Exhibit 20 is a true and correct copy of the Certificate of Formation of MobileStar Technologies LLC.

           22.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the following websites:

   http://commercial.asus.com

   http://www.htc.com/us

   http://www.huaweideviceusa.com

   http://www.lg.com/us

   http://www.pantechusa.com

   http://www.samsung.com/us

   http://www.zteusa.com

           23.     Attached hereto as Exhibit 22 is a true and correct copy of Joff Wild, *Rockstar CEO says he would not bet against further suits to follow those issued last week*, IAM Magazine, November 4, 2013, available at http://www.ip-rockstar.com/Press_Releases/First%20enforcement%20actions%20%E2%80%93%20Intellectual%20Asset%20Management.pdf.

           24.     Attached hereto as Exhibit 23 is a true and correct copy of a website page from www.LinkedIn.com for Michael Dunleavy.

           25.     Attached hereto as Exhibit 24 is a true and correct copy of Joe Mullen, *Patent war goes nuclear: Microsoft, Apple-owned "Rockstar" sues Google*, www.Arstechnica.com, October 31, 2013.

-3-     CASE NO. 13-CV-5933-CW
MADIGAN DECLARATION IN SUPPORT OF GOOGLE'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR TRANSFER

26. Attached hereto as Exhibit 25 is a true and correct copy of R.S. Analytics, *Apple/Microsoft's 'Rockstar Consortium' Attack Google And Android - Who Could Benefit?*, Seeking Alpha, November 4, 2013.

27. Attached hereto as Exhibit 26 is a true and correct copy of Ashby Jones, *Patent Wars Erupt Again in Tech Sector*, The Wall Street Journal, November 3, 2013.

28. Attached hereto as Exhibit 27 is a true and correct copy of an excerpt from the California Secretary of State website (www.sos.ca.gov) "Business Entity Detail" for Nortel Networks Data Networking Association.

29. Attached hereto as Exhibit 28 is a true and correct copy of *Rockstar Summer 2012 Sales Prospects Selected Asset Catalogue* available at www.ip-rockstar.com/patent-sales.

30. Attached hereto as Exhibit 29 is a true and correct copy of a July 29, 2013 press release, *Spherix Closes Rockstar Patent Acquisition Transaction And Enhances Its Patent Portfolio in Wireless Communications and Telecommunications Sectors- Rockstar Acquires Equity Stake in Spherix-Venture to be Headed by Seasoned Monetization Executive*, available at www.ip-rockstar.com/about.

31. Attached hereto as Exhibit 30 is a true and correct copy of *Bloomberg TV: Apple & Microsoft Team Up to Be Patent Rockstars* (January 6, 2014), available at http://www.bloomberg.com/video/apple-microsoft-team-up-to-be-patent-rockstars-3L5OUxO4Qmae5Zudy3t_lw.html.

32. Attached hereto as Exhibit 31 is a true and correct copy of an excerpt from Walter Isaacson, *Steve Jobs*, 512 (Simon & Schuster 2011).

33. Attached hereto as Exhibit 32 is a true and correct copy of the Certificate of Formation of Rockstar Consortium LLC.

34. Attached hereto as Exhibit 33 is a true and correct copy of a website page from www.LinkedIn.com for Andrew Hennigar.

35. Attached hereto as Exhibit 34 is a true and correct copy of a website page www.newsroom.fb.com/Key-Facts.

1       36.     Attached hereto as Exhibit 35 is a true and correct copy of a website page
2  www.linkedin.com/company/linkedin.
3       37.     Attached hereto as Exhibit 36 is a true and correct copy of a website page from
4  www.LinkedIn.com for Mark Wilson, as accessed on December 19, 2013.
5       38.     Attached hereto as Exhibit 37 is a true and correct copy of a website page from
6  www.LinkedIn.com for Mark Wilson.
7       I declare under penalty of perjury that the foregoing is true and correct.  Executed on
8  February 6, 2014, in San Francisco, California.

By  /s Kristin J. Madigan
    Kristin J. Madigan

## ATTESTATION

I, Matthew S. Warren, am the ECF user whose userid and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that Kristin J. Madigan has concurred in this filing.

DATED:  February 6, 2014        /s Matthew S. Warren
                                Matthew S. Warren