## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC.,

       Plaintiff,

   v.

ROCKSTAR CONSORTIUM US LP, et al.,

       Defendants.

NO. C 13-05933 CW

**MINUTE ORDER**
Date: March 13, 2014

Time: 10 minutes

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley    Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Matt Warren

**Appearances for Defendant:**
David Sochia; Douglas Cawley

**Motions:**

| Defendant | Motion to Dismiss | Under Submission |
|---|---|---|

Notes: Motion is argued and submitted by the parties, and taken under submission by the Court.  Written order to follow.

Copies to:  Chambers