**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Google Inc., | 13-05933 CW |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Rockstar Consortium US LP, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
13-05933 CW                                   -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: March 28, 2014

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*

_____
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
13-05933 CW                                            -2-

**PROOF OF SERVICE**

Case Name:  Google Inc. v. Rockstar Consortium US LP

Case Number:     13-05933 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

    ADR Program
    United States District Court
    Norther District of California
    450 Golden Gate Avenue Floor 16
    San Francisco, CA 94102

On March 28, 2014, I served a true and correct copy of:

    **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

    Matthew S. Warren
    Quinn Emanuel Urquhart & Sullivan, LLP
    50 California Street
    22nd Floor
    San Francisco, CA 94111
    matthewwarren@courtpapers.info

    Kristin J. Madigan
    Quinn Emanuel Urquhart & Sullivan
    50 California Street
    22nd Floor
    San Francisco Office
    San Francisco, CA 94104
    kristinmadigan@quinnemanuel.com

    Courtland Lewis Reichman
    McKool Smith Hennigan PC.
    255 Shoreline Drive, Suite 510
    Redwood  Shores, CA 94065
    creichman@mckoolsmith.com

    David Sochia
    McKool Smith PC,

300 Crescent Court
Suite 1600
Dallas, TX 75201
dsochia@mckoolsmith.com

Theodore Stevenson III
McKool Smith, PC
300 Crescent Court
Suite 1500
Dallas, TX 75201
tstevenson@mckoolsmith.com

Douglas A. Cawley
McKool Smith Hennigan
300 Crescent Court
Suite 1500
A Professional Corporation
Dallas, TX 75201
dcawley@mckoolsmith.com

Mike McKool
McKool Smith, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
mmckool@mckoolsmith.com

Joshua Wright Budwin
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, TX 78701
jbudwin@mckoolsmith.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 28, 2014 in San Francisco, California.

                                    RICHARD W. WIEKING
                                  Clerk
                                  by:     Timothy J. Smagacz

                                  _____
                                  ADR Program Administrator
                                  415-522-4205
                                  Tim_Smagacz@cand.uscourts.gov