Courtland L. Reichman (SBN 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422
Mike McKool (*Pro Hac Vice*)
mmckool@McKoolSmith.com
Douglas A. Cawley (*Pro Hac Vice*)
dcawley@McKoolSmith.com
Ted Stevenson III (*Pro Hac Vice*)
tstevenson@mckoolsmith.com
David Sochia (*Pro Hac Vice*)
dsochia@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044
Joshua W. Budwin (*Pro Hac Vice*)
jbudwin@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Attorneys for Defendants Rockstar
Consortium US LP and MobileStar
Technologies LLC

Matthew S. Warren (SBN 230565)
matthewwarren@courtpapers.info
Kristin J. Madigan (SBN 233436)
kristinmadigan@quinnemanuel.com
Sean Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700

Attorneys for Plaintiff Google Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GOOGLE INC., | ) |
| Plaintiff, | ) Case No. 4:13-cv-05933-CW |
| vs. | ) **JOINT STIPULATION AND [PROPOSED]** |
| ROCKSTAR CONSORTIUM US LP and | ) **ORDER TO CONTINUE CASE** |
| MOBILESTAR TECHNOLOGIES LLC, | ) **MANAGEMENT CONFERENCE (D.I. 8)** |
| Defendants. | ) |

JOINT STIPULATION AND [PROPOSED] ORDER        1        CASE NO. 4:13-CV-05933-CW

Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiff Google Inc. ("Google") and Defendants Rockstar Consortium US LP and Mobilestar Technologies LLC (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on January 23, 2014, Defendants filed a motion to dismiss for lack of jurisdiction in response to Google's complaint;

WHEREAS, on February 6, 2014, Google filed its opposition to Defendants' motion to dismiss for lack of jurisdiction;

WHEREAS, on February 13, 2014, Defendants filed their reply to Google's opposition to Defendants' motion to dismiss for lack of jurisdiction;

WHEREAS, this Court held a hearing on Defendants' motion to dismiss for lack of jurisdiction on March 13, 2014 at 2:00 p.m.

WHEREAS, an Initial Case Management Conference in this action is scheduled for April 9, 2014 at 2:00 p.m.; and

WHEREAS, both parties have agreed to continue the April 9, 2014 Initial Case Management Conference by two weeks;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their respective counsel of record and with the permission of the Court, that the Initial Case Management Conference in this action shall be continued to Wednesday, April 23, 2014 at 2:00 p.m.  The parties shall file a Joint Case Management Statement on or before Wednesday, April 16, 2014.

JOINT STIPULATION AND [PROPOSED] ORDER                          2                          CASE NO. 4:13-CV-05933-CW

| | | |
|---|---|---|
| 1 | Dated this March 31, 2014. | MCKOOL SMITH HENNIGAN, P.C. |
| 2 | | By: */s/ Courtland L. Reichman* |
| | | COURTLAND LEWIS REICHMAN (SBN 268873) |
| | | creichman@mckoolsmith.com |
| | | 255 Shoreline Drive, Suite 510 |
| | | Redwood Shores, CA  94065 |
| | | Telephone: (650) 394-1400 |
| | | Facsimile: (650) 394-1422 |
| | | Mike McKool (*Pro Hac Vice*) |
| | | mmckool@McKoolSmith.com |
| | | Douglas A. Cawley (*Pro Hac Vice*) |
| | | dcawley@McKoolSmith.com |
| | | Ted Stevenson III (*Pro Hac Vice*) |
| | | tstevenson@mckoolsmith.com |
| | | David Sochia (*Pro Hac Vice*) |
| | | dsochia@McKoolSmith.com |
| | | MCKOOL SMITH, P.C. |
| | | 300 Crescent Court, Suite 1500 |
| | | Dallas, TX 75201 |
| | | Telephone:  (214) 978-4000 |
| | | Fax:  (214) 978-4044 |
| | | Joshua W. Budwin (*Pro Hac Vice*) |
| | | jbudwin@mckoolsmith.com |
| | | MCKOOL SMITH, P.C. |
| | | 300 W. 6th Street, Suite 1700 |
| | | Austin, TX  78701 |
| | | Telephone:  (512) 692-8700 |
| | | Fax:  (512) 692-8744 |
| | | |
| | | Attorneys for Defendants ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES LLC |
| | Dated this April 2, 2014. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | | By: */s/ Matthew S. Warren* |
| | | Matthew S. Warren (SBN 230565) |
| | | matthewwarren@courtpapers.info |
| | | Kristin J. Madigan (SBN 233436) |
| | | kristinmadigan@quinnemanuel.com |
| | | Sean Pak (SBN 219032) |
| | | seanpak@quinnemanuel.com |
| | | Amy H. Candido (SBN 237829) |
| | | amycandido@quinnemanuel.com |
| | | 50 California Street, 22nd Floor |
| | | San Francisco, California 94111 |
| | | Telephone:  (415) 875-6600 |
| | | Fax:  (415) 875-6700 |
| | | |
| | | Attorneys for Plaintiff GOOGLE INC. |

JOINT STIPULATION AND [PROPOSED] ORDER                    3                    CASE NO. 4:13-CV-05933-CW

I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated this March 31, 2014.   /s/ Courtland L. Reichman
                             Courtland L. Reichman

# [PROPOSED] ORDER

The Court having considered the stipulation of the parties, orders as follows:

- The parties shall file a Joint Case Management Statement on or before Wednesday, April 23, 2014; and
- The Initial Case Management Conference in this action shall be continued to Wednesday, May 7, 2014 at 2:00 p.m., or as soon thereafter at the Court's convenience.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: _____April 4_____, 2014

_____
Honorable Claudia Wilken
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER           5           CASE NO. 4:13-CV-05933-CW