QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Cal. Bar No. 170151)
  Sean Pak (Cal. Bar No. 219032)
  Matthew S. Warren (Cal. Bar No. 230565)
  quinn-google-n.d.cal.-13-05933@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 (facsimile)

Attorneys for Plaintiff GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES LLC,<br><br>        Defendants. | CASE NO. 13-cv-5933-CW<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF OPPOSITION OF GOOGLE INC. TO ROCKSTAR'S RENEWED MOTION TO TRANSFER OR STAY THIS ACTION**<br><br>Date:       June 26, 2014<br>Time:       2:00 p.m.<br>Courtroom: Courtroom 2, Fourth Floor<br>Judge:      Hon. C.J. Claudia Wilken |

I, Kristin J. Madigan, hereby declare as follows:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Google Inc. I submit this declaration in support of the Opposition of Google Inc to Rockstar's Renewed Motion to Transfer or Stay This Action. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of patent assignment record Reel No. 031523, Frame No. 0182-90, from the United States Patent and Trademark Office.

3. Attached hereto as Exhibit 2 is a true and correct copy of *Rockstar v. Samsung*, 13-0900 (E.D. Tex. Mar. 21, 2014), Docket No. 52-29.

4. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the www.fly.com website page with the result of a search for flights from Ottawa Macdonald-Cartier International Airport to San Francisco International Airport.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the maps.google.com website page with the result of a search for driving directions from San Francisco International Airport to the United States Courthouse in Oakland, California.

6. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from the www.fly.com website page with the result of a search for flights from Ottawa Macdonald-Cartier International Airport to Dallas/Fort Worth International Airport.

7. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from the maps.google.com website page with the result of a search for driving directions from Dallas/Fort Worth International Airport to the United States Courthouse in Marshall, Texas.

8. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt from the www.fly.com website page with the result of a search for flights from Ottawa Macdonald-Cartier International Airport to Shreveport Regional Airport.

9. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from the maps.google.com website page with the result of a search for driving directions from Shreveport Regional Airport to the United States Courthouse in Marshall, Texas.

10. Attached hereto as Exhibit 9 is a true and correct copy of Defendants' Initial Disclosures, *Google Inc. v. Rockstar Consortium US LP et al.*, No. 13-5933 (N.D. Cal.).

11. Attached hereto as Exhibit 10 is a true and correct copy of a website page from www.LinkedIn.com for Don Lindsay.

12. Attached hereto as Exhibit 11 is a true and correct copy of *Rockstar v. Samsung*, No. 13-0900 (E.D. Tex. Mar. 21, 2014), Docket No. 52-31.

13. Attached hereto as Exhibit 12 is a true and correct copy of Fifth Amended and Restated Initial Order, *In The Matter of The Companies' Creditors Arrangement Act*, R.S.C. 1985 c. C-36, As Amended, Court File No. 09-CL-7950 (Ontario Superior Court of Justice, Jan. 14, 2009).

14. Attached hereto as Exhibit 13 is a true and correct copy Pre-Trial Brief of the Monitor and Canadian Debtors, *In re Nortel Networks Inc., et al.*, 09-10138-KG, Docket No. 13553 (Bankr. D. Del. May 12, 2014).

15. Attached hereto as Exhibit 14 is a true and correct copy of *Rockstar v. Samsung*, No. 13-0900 (E.D. Tex. Apr. 14, 2014), Docket No. 61-7.

16. Attached hereto as Exhibit 15 is a true and correct copy of Joff Wild, *Star Man*, Intellectual Asset Management, July/August 2013, available at http://www.ip-rockstar.com/Press_Releases/IAM%20Rockstar%20Article%20JulyAugust%202013.pdf.

17.     Attached hereto as Exhibit 16 is a true and correct copy of a table from www.uscourts.gov titled "U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending June 30, 2013."

18.     Attached hereto as Exhibit 17 is a true and correct copy of "2013 Patent Litigation Year in Review," Lex Machina, Menlo Park, CA, 2014.

19.     Attached hereto as Exhibit 18 is a true and correct copy of "Lex Machina Releases First Annual Patent Litigation Year in Review," May 13, 2014, available at www.lexmachina.com/2014/05/patent-litigation-review/

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2014, in San Francisco, California.

By /s Kristin J. Madigan
Kristin J. Madigan

**ATTESTATION**

I, Matthew S. Warren, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that Kristin J. Madigan has concurred in this filing.

DATED: May 23, 2014         /s Matthew S. Warren
Matthew S. Warren