# EXHIBIT 3

**Ottawa (YOW) to San Francisco (SFO)**

06/26/2014
1 traveler

Modify Search

**144** of 179 results

**Filter your results:**

**Stops**

| | Best |
|---|---|
| ☑ nonstop | - |
| ☑ 1 stop | $350 |

**Flight Times**

**Leave**

☑ take off ☐ landing

**Take off:** 5:45a - 9:30p

**Airlines**

**Cabin Types**

**Airports**

**Price**

**Trip Duration**

**Layover Duration**

Airline baggage fee info

Prices include taxes and mandatory fees and are for e-tickets. Prices are per person, except where noted.

Prices are based on U.S. dollars. When displaying prices in a different currency using the converter above, prices are converted from U.S. dollars using a third-party conversion tool.

Prices and itineraries are from websites we search and may not represent all prices and itineraries available.

We make every attempt to display accurate pricing, but prices are not guaranteed.

**Lowest Fares** | **All Airlines**

| | All | United Airlines | American Airlines | Air Canada | WestJet | Multiple Airlines |
|---|---|---|---|---|---|---|
| 1 stop | $350 | $350 | $393 | $398 | $445 | $473 |

scroll for more...

Sponsored links

$141 San Francisco Flight
www.cheapoair.com/San-Francisco-Flights Our Best RoundTrip Fare Guarantee. Book Now & Get Up to $15 Off Fees!

| Price (pp) | Airline | From | To | Take-off | Land | Duration | Stops | Cabin |
|---|---|---|---|---|---|---|---|---|
| **$455** including tax, Go to site | United | YOW | SFO | 6:15a | 10:45a | 7h 30m | 1 | Eco |
| **$720** including tax, Go to site | Air Canada | YOW | SFO | 2:26p | 6:56p | 7h 30m | 1 | Eco |
| **$613** including tax, Go to site | United | YOW | SFO | 5:01p | 9:44p | 7h 43m | 1 | Eco |
| **$623** including tax, Go to site | Air Canada | YOW | SFO | 5:01p | 9:44p | 7h 43m | 1 | Eco |
| **$431** including tax, Go to site | Air Canada | YOW | SFO | 8:00a | 12:49p | 7h 49m | 1 | Eco |
| **$489** including tax, Go to site | Air Canada | YOW | SFO | 6:00a | 10:49a | 7h 49m | 1 | Eco |
| **$1058** including tax, Go to site | Air Canada | YOW | SFO | 8:00a | 12:49p | 7h 49m | 1 | Biz |
| **$2010** including tax, Go to site | Air Canada | YOW | SFO | 6:00a | 10:49a | 7h 49m | 1 | Biz |
| **$402** including tax | Air Canada | YOW | SFO | 6:00p | 10:54p | 7h 54m | 1 | Eco |

Details by result:

- $455 — Operated by Expressjet Airlines Dba United Express and United Airlines. Show Details. Select from: united.com: $455
- $720 — Operated by United Airlines. Show Details. Select from: Flight Network: $720 aircanada.com: $772
- $613 — Operated by Expressjet Airlines Dba United Express and United Airlines. Show Details. Select from: united.com: $613
- $623 — Operated by United Airlines. Show Details. Select from: Flight Network: $623 Expedia: $666 CheapOair: $666 aircanada.com: $666
- $431 — Show Details. Select from: Flight Network: $431 CheapOair: $441 Travelocity: $452 Expedia: $452 aircanada.com: $452 BudgetAir: $467
- $489 — Show Details. Select from: Flight Network: $489 CheapOair: $500 Travelocity: $515 Expedia: $515 aircanada.com: $516 BudgetAir: $531
- $1058 — Show Details. Select from: aircanada.com: $1058
- $2010 — Show Details. Select from: aircanada.com: $2010
- $402 — Show Details. Select from:

**Fares from Top Providers***

| | |
|---|---|
| Flight Network | Check now |
| priceline.com | From $350 |

Sponsored Links

80% Off San Francisco
san-francisco.flighthub.com/
San Francisco Flight Fares Dropped. Flights Ottawa to San Francisco.

Ottawa @ $321 RoundTrip
www.cheapoair.com/Ottawa-Cheap-Flights
Cheap RoundTrip Flights to Ottawa. Book Now & Get Up to $15 Off Fees!

$59 San Francisco Flights
www.tripbase.com/Flight_Deals
Best rates on Flights! Get the Best Flight Deals.

Cheap Flights Ottawa
www.flightcentre.ca/Cheap-Flights
Lowest Airfare Guarantee. Save Money When You Fly w/ Flight Centre

Cheap Ottawa Flight
www.studentuniverse.com/
Cheapest Travel Deals For Students. Book Now & Get The Best Rates!

Cheap Last Minute Flight
www.skyscanner.com/LastMinute
Cheap Flights fr 1000s of Airlines Search, Compare & Book Now!

**Deals by Travelzoo**

$212 & up -- Kimpton Hotels near AT&T Park, Save 15%
Kimpton Hotels

$114 & up -- SF: Union Square Hotel w/Breakfast, 55% Off
BookIt.com

$199 -- Napa Valley 4-Star Resort thru Summer, Save 40%
The Meritage Resort and Spa

$189-$249 -- San Francisco 4-Star Hotel, 30% Off
Westin St. Francis

Go to site

Flight Network: $402 CheapOair: $411 Travelocity: $420
Expedia: $420 aircanada.com: $421 BudgetAir: $436

**$1058**
including tax
Go to site

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YOW | SFO | 6:00p | 10:54p | 7h 54m | 1 | Biz | |

Select from: Show Details
aircanada.com: $1058

**$519**
including tax
Go to site

| | | | | | | |
|---|---|---|---|---|---|---|
| YOW | SFO | 10:10a | 3:12p | 8h 02m | 1 | Eco |

Operated by Expressjet Airlines Dba United Express and United Airlines

Select from: Show Details
united.com: $519

**$623**
including tax
Go to site

| | | | | | | |
|---|---|---|---|---|---|---|
| YOW | SFO | 10:10a | 3:12p | 8h 02m | 1 | Eco |

Operated by United Airlines

Select from: Show Details
Flight Network: $623 CheapOair: $666 Expedia: $666
aircanada.com: $666

**$460**
including tax
Go to site

| | | | | | | |
|---|---|---|---|---|---|---|
| YOW | SFO | 2:00p | 7:04p | 8h 04m | 1 | Eco |

Select from: Show Details
Flight Network: $460 Expedia: $484 CheapOair: $484
Travelocity: $484 aircanada.com: $484 BudgetAir: $499

**$1058**
including tax
Go to site

| | | | | | | |
|---|---|---|---|---|---|---|
| YOW | SFO | 2:00p | 7:04p | 8h 04m | 1 | Biz |

Select from: Show Details
aircanada.com: $1058

**$398**
including tax
Go to site

| | | | | | | |
|---|---|---|---|---|---|---|
| YOW | SFO | 4:30p | 9:38p | 8h 08m | 1 | Eco |

Select from: Show Details
Flight Network: $398 CheapOair: $407 Travelocity: $416
Expedia: $416 aircanada.com: $417 BudgetAir: $432

Sponsored links
Virgin America June Deals
www.virginamerica.com/JuneDeals See Our Best Fares Guaranteed. Book a **Flight** Now!

Prev 1 2 3 4 5 .. 10 Next

AS SEEN ON:

About Us Blog Press Room Help Contact Us Privacy Policy Disclaimer Fly.com™ is a property - ©2014

CHEAP FLIGHT TICKETS
Get Great Deals on Airline Tickets. Avail Special Discount. Book Now!





