# EXHIBIT 4



**Directions to US District Court Clerk**
1301 Clay St, Oakland, CA 94612
**22.0 mi** – about **29 mins**

 **San Francisco International Airport**
San Francisco, CA 94128

| | | |
|---|---|---|
| | 1. Head **north** | go 236 ft<br>total 236 ft |
| ↗ | 2. Slight right toward **Airport Access Rd** | go 0.2 mi<br>total 0.2 mi |
| ↖ | 3. Slight left toward **Airport Access Rd** | go 0.1 mi<br>total 0.3 mi |
| | 4. Continue straight onto **Airport Access Rd** | go 0.2 mi<br>total 0.6 mi |
| ↗ | 5. Slight right to stay on **Airport Access Rd** | go 295 ft<br>total 0.6 mi |
| ↱ | 6. Keep right at the fork to continue toward **US-101 N** | go 0.1 mi<br>total 0.7 mi |
| [101] | 7. Keep left at the fork and merge onto **US-101 N**<br>About 12 mins | go 11.2 mi<br>total 12.0 mi |
| ↗ | 8. Take the **Interstate 80** exit toward **Bay Bridge** | go 0.4 mi<br>total 12.3 mi |
| [80] | 9. Merge onto **I-80 E**<br>About 8 mins | go 6.5 mi<br>total 18.8 mi |
| ↗ | 10. Take the **Interstate 880 S** exit toward **Alameda/San Jose/Airport** | go 0.4 mi<br>total 19.3 mi |
| ↱ | 11. Keep right at the fork, follow signs for **West Grand Avenue/Maritime Street** | go 0.5 mi<br>total 19.7 mi |
| ↰ | 12. Keep left at the fork, follow signs for **Wake Ave/Army Reserve Center** and merge onto **W Grand Ave**<br>About 2 mins | go 0.7 mi<br>total 20.5 mi |
| ↱ | 13. Turn right onto **Mandela Pkwy**<br>About 50 secs | go 0.4 mi<br>total 20.9 mi |
| ↰ | 14. Turn left onto **14th St**<br>About 3 mins | go 1.1 mi<br>total 22.0 mi |
| ↱ | 15. Turn right onto **Clay St**<br>Destination will be on the right | go 161 ft<br>total 22.0 mi |

**US District Court Clerk**
1301 Clay St, Oakland, CA 94612

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.
Map data ©2014 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.