# EXHIBIT 5

**Ottawa (YOW) to Dallas (DFW)**

06/26/2014
1 traveler

Modify Search

**113** of 157 results

**Filter your results:**

**Stops**

| | Best |
|---|---|
| ☑ nonstop | - |
| ☑ 1 stop | $251 |

**Flight Times**

**Leave**

☑ take off ☐ landing

**Take off:** 5:45a - 9:30p

Airlines

Cabin Types

Airports

Price

Trip Duration

Layover Duration

Airline baggage fee info

Prices include taxes and mandatory fees and are for e-tickets. Prices are per person, except where noted.

Prices are based on U.S. dollars. When displaying prices in a different currency using the converter above, prices are converted from U.S. dollars using a third-party conversion tool.

Prices and itineraries are from websites we search and may not represent all prices and itineraries available.

We make every attempt to display accurate pricing, but prices are not guaranteed.

**Lowest Fares** | **All Airlines**

| | All | United Airlines | Air Canada | WestJet | American Airlines | US Airways |
|---|---|---|---|---|---|---|
| 1 stop | $251 | $251 | $266 | $349 | $406 | $406 |

scroll for more...

Sponsored links
$146 **Dallas** Round Trip
www.**cheap**oair.com/**Dallas-Cheap-Flights** Get Up to $15 Off Fees to **Dallas**. Book **Cheap Flight** to **Dallas** Today!

| Price (pp) | Airline | From | To | Take-off | Land | Duration | Stops | Cabin |
|---|---|---|---|---|---|---|---|---|
| **$485** including tax Go to site | Air Canada | YOW | DFW | 10:10a | 2:14p | 5h 04m | 1 | Eco |

Operated by United Airlines

Select from: Show Details
Flight Network: $485 Expedia: $515 CheapOair: $516 aircanada.com: $516 BudgetAir: $531

| Price (pp) | Airline | From | To | Take-off | Land | Duration | Stops | Cabin |
|---|---|---|---|---|---|---|---|---|
| **$266** including tax Go to site | Air Canada | YOW | DFW | 12:00p | 4:36p | 5h 36m | 1 | Eco |

Select from: Show Details
Flight Network: $266 CheapOair: $272 Travelocity: $273 Expedia: $273 aircanada.com: $273 BudgetAir: $288

| Price (pp) | Airline | From | To | Take-off | Land | Duration | Stops | Cabin |
|---|---|---|---|---|---|---|---|---|
| **$352** including tax Go to site | United | YOW | DFW | 10:03a | 2:39p | 5h 36m | 1 | Eco |

Operated by Expressjet Airlines Dba United Express and Shuttle America Dba United Express

Select from: Show Details
united.com: $352

| Price (pp) | Airline | From | To | Take-off | Land | Duration | Stops | Cabin |
|---|---|---|---|---|---|---|---|---|
| **$449** including tax Go to site | | YOW | DFW | 12:00p | 4:36p | 5h 36m | 1 | Eco |

Select from: Show Details
BudgetAir: $449

| Price (pp) | Airline | From | To | Take-off | Land | Duration | Stops | Cabin |
|---|---|---|---|---|---|---|---|---|
| **$507** including tax Go to site | United | YOW | DFW | 2:30p | 7:09p | 5h 39m | 1 | Eco |

Operated by Expressjet Airlines Dba United Express and Skywest Dba United Express

Select from: Show Details
united.com: $507

| Price (pp) | Airline | From | To | Take-off | Land | Duration | Stops | Cabin |
|---|---|---|---|---|---|---|---|---|
| **$487** including tax Go to site | Air Canada | YOW | DFW | 5:00p | 9:41p | 5h 41m | 1 | Eco |

Operated by Air Canada and Air Canada Express - Sky Regional

Select from: Show Details
Flight Network: $487 CheapOair: $497 Expedia: $512 aircanada.com: $514 BudgetAir: $528

| Price (pp) | Airline | From | To | Take-off | Land | Duration | Stops | Cabin |
|---|---|---|---|---|---|---|---|---|
| **$578** including tax Go to site | | YOW | DFW | 5:00p | 9:41p | 5h 41m | 1 | Eco |

Select from: Show Details
BudgetAir: $578

| Price (pp) | Airline | From | To | Take-off | Land | Duration | Stops | Cabin |
|---|---|---|---|---|---|---|---|---|
| **$818** including tax Go to site | Air Canada | YOW | DFW | 5:00p | 9:41p | 5h 41m | 1 | Biz |

Operated by Air Canada and Air Canada Express - Sky Regional

Select from: Show Details
aircanada.com: $818

| Price (pp) | Airline | From | To | Take-off | Land | Duration | Stops | Cabin |
|---|---|---|---|---|---|---|---|---|
| **$349** | WestJet | YOW | DFW | 4:00p | 8:50p | 5h 50m | 1 | Eco |

**Fares from Top Providers***

| | |
|---|---|
| priceline.com | From $251 |
| Flight Network | Check now |

Sponsored Links

80% Off **Dallas Flights**
**ottawa-to-dallas**.**flight**hub.com/
**Dallas Flight** Fares Just Dropped. **Flights from Ottawa to Dallas**.

$146 **Dallas** Round Trip
www.**cheap**oair.com/**Dallas-Cheap-Flights**
Get Up to $15 Off Fees to **Dallas**. Book **Cheap Flight** to **Dallas** Today!

Airlines Flying To **Dallas**
www.alaskaair.com/
Book Your **Flight** to **Dallas** Direct. Get Our Lowest Price - Guaranteed!

**Cheapest Flights** To **Ottawa**
www.**flight**centre.ca/**Cheap-Flights**
Lowest Airfare Guarantee. Save Money When You Fly w/ **Flight** Centre

$49 **Dallas Flights**
**dallasflights**.alltravel.com/
All Travel Price on **Dallas** Air Amazing deals on **Dallas Flights**

**Cheap Ottawa Flight**
www.studentuniverse.com/
**Cheapest** Travel Deals For Students. Book Now & Get The Best Rates!

**Deals by Travelzoo**

$179 -- Weekends at Dallas 4-Star Hotel, Save 40%
The Westin Galleria Dallas

$11.81 & up -- Car Rentals across Texas
CarRentals.com

$1099 -- Ireland in Fall: 7-Night, 4-City Trip from Ottawa*
Great Value Vacations

$99 & up -- Arizona 4-Star Hotel Sale into Fall incl. Westin
Starwood Hotels & Resorts

including tax
Go to site
Operated by WestJet and American Airlines
Select from: Show Details
westjet.com: $349

**$251** including tax
Go to site
YOW DFW 6:00a 11:06a 6h 06m 1 Eco
Operated by Air Canada
Select from: Show Details
united.com: $251

**$266** including tax
Go to site
YOW DFW 6:00a 11:06a 6h 06m 1 Eco
Select from: Show Details
Flight Network: $266 CheapOair: $272 Travelocity: $273
Expedia: $273 aircanada.com: $273 BudgetAir: $288

**$531** including tax
Go to site
YOW DFW 6:00a 11:06a 6h 06m 1 Eco
Select from: Show Details
BudgetAir: $531

**$818** including tax
Go to site
YOW DFW 6:00a 11:06a 6h 06m 1 Biz
Operated by Air Canada and Air Canada Express - Sky Regional
Select from: Show Details
aircanada.com: $818

**$406** including tax
Go to site
YOW DFW 7:29a 12:52p 6h 23m 1 Eco
Operated by Us Airways Express-Air Wisconsin and US Airways
Select from: Show Details
usairways.com: $406

**$506** including tax
Go to site
YOW DFW 7:29a 12:52p 6h 23m 1 Eco
Operated by US Airways
Select from: Show Details
aa.com: $506

Sponsored links
**Dallas** @ $146 Round Trip
www.**cheap**oair.com/**Dallas-Cheap-Flights** Low Fares Available to **Dallas**. Get Up to $15 Off Fees. Book Now!

Prev 1 2 3 4 5 .. 8 Next

AS SEEN ON:
Traveler FOX NEWS The New York Times TIME USA TODAY TRAVEL+ LEISURE

About Us Blog Press Room Help Contact Us Privacy Policy Disclaimer Fly.com™ is a property - ©2014



