# EXHIBIT 6



**Directions to 100 E Houston St #125, Marshall, TX 75670**
**172 mi** – about **2 hours 38 mins**

---

**A**   **Dallas/Fort Worth International Airport**
3200 E Airfield Dr, DFW Airport, TX 75261

| | | |
|---|---|---|
| 1. | Head **south** | go 0.2 mi<br>total 0.2 mi |
| 2. | Slight left toward **S International Pkwy** | go 0.2 mi<br>total 0.4 mi |
| 3. | Slight right to merge onto **S International Pkwy**<br><span style="color:red">Partial toll road</span><br>About 3 mins | go 2.3 mi<br>total 2.6 mi |
| **97** 4. | Continue onto **TX-97 Spur/International Pkwy**<br><span style="color:red">Partial toll road</span><br>About 2 mins | go 1.7 mi<br>total 4.3 mi |
| **183** 5. | Keep left at the fork, follow signs for **TX-183 E/Irving/Dallas** and merge onto **TX-183 E**<br>About 11 mins | go 11.0 mi<br>total 15.3 mi |
| **35E** 6. | Merge onto **I-35E S**<br>About 6 mins | go 5.1 mi<br>total 20.4 mi |
| **30** 7. | Take exit **428A** on the left to merge onto **I-30 E** toward **Texarkana**<br>About 9 mins | go 8.0 mi<br>total 28.4 mi |
| **80** 8. | Keep right to continue on **US-80 E**, follow signs for **Terrell/Big Town Blvd**<br>About 18 mins | go 19.1 mi<br>total 47.6 mi |
| **557** 9. | Continue onto **TX-557 Spur E**<br>About 4 mins | go 4.5 mi<br>total 52.1 mi |
| **20** 10. | Merge onto **I-20 E**<br>About 1 hour 34 mins | go 114 mi<br>total 166 mi |
| 11. | Take exit **614** toward **Marshall/Caddo Lake** | go 0.3 mi<br>total 167 mi |
| **43** 12. | Turn left onto **TX-43 N**<br>About 6 mins | go 4.2 mi<br>total 171 mi |
| 13. | Turn left onto **S Washington Ave**<br>About 3 mins | go 1.0 mi<br>total 172 mi |
| 14. | Turn right onto **W Travis St** | go 66 ft<br>total 172 mi |
| 15. | Take the 1st left onto **S Washington Ave**<br>About 52 secs | go 0.2 mi<br>total 172 mi |
| 16. | Turn right onto **E Houston St**<br><span style="color:gray">Destination will be on the right</span> | go 233 ft<br>total 172 mi |

**B**   100 E Houston St #125, Marshall, TX 75670

---

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2014 Google

| Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left. |
|---|