# EXHIBIT 7

fly.com

Flights Today's Best Fares Fare Calendars Hotels Car Rentals

United States $ USD

Like 43k

**Ottawa (YOW) to Shreveport (SHV)**

06/26/2014
1 traveler

Modify Search

**520** of 792 results

**Filter your results:**

**Stops**

| | Best |
|---|---|
| ☑ nonstop | - |
| ☑ 1 stop | - |
| ☑ 2+ stops | $486 |

**Flight Times**

**Leave**

☑ take off ☐ landing

**Take off:** 6:00a - 7:40p

**Airlines**

**Cabin Types**

**Airports**

**Price**

**Trip Duration**

**Layover Duration**

Airline baggage fee info

Prices include taxes and mandatory fees and are for e-tickets. Prices are per person, except where noted.

Prices are based on U.S. dollars. When displaying prices in a different currency using the converter above, prices are converted from U.S. dollars using a third-party conversion tool.

Prices and itineraries are from websites we search and may not represent all prices and itineraries available.

We make every attempt to display accurate pricing, but prices are not guaranteed.

**Lowest Fares** | **All Airlines**

| | All | United Airlines | Multiple Airlines | American Airlines | US Airways |
|---|---|---|---|---|---|
| 2+ stops | $486 | $486 | $521 | $581 | $614 |

| Price (pp) | Airline | From | To | Take-off | Land | Duration | Stops | Cabin |
|---|---|---|---|---|---|---|---|---|
| **$805** including tax | Operated by US Airways, Delta Air Lines and Expressjet Dba Delta Connection | YOW | SHV | 7:29a | 1:35p | 7h 06m | 2 | Eco |
| **$948** including tax | Operated by US Airways, Delta Air Lines and Expressjet Dba Delta Connection | YOW | SHV | 11:30a | 5:59p | 7h 29m | 2 | Eco |
| **$866** including tax | Operated by Expressjet Airlines Dba United Express | YOW | SHV | 10:03a | 4:49p | 7h 46m | 2 | Eco |
| **$875** including tax | Operated by Air Canada, United Airlines and Expressjet Airlines Dba United Express | YOW | SHV | 2:40p | 9:29p | 7h 49m | 2 | Eco |
| **$792** including tax | Operated by Expressjet Airlines Dba United Express and United Airlines | YOW | SHV | 2:30p | 9:29p | 7h 59m | 2 | Eco |
| **$854** including tax | Operated by US Airways, Delta Air Lines and Expressjet Dba Delta Connection | YOW | SHV | 6:35a | 1:35p | 8h 00m | 2 | Eco |
| **$569** including tax | | YOW | SHV | 4:00p | 11:05p | 8h 05m | 2 | Eco |
| **$767** including tax | Operated by US Airways and Expressjet Airlines Dba United Express | YOW | SHV | 6:35a | 2:15p | 8h 40m | 2 | Eco |
| **$1344** including tax | Operated by US Airways and Expressjet Airlines Dba United Express | YOW | SHV | 6:35a | 2:15p | 8h 40m | 2 | Eco |
| $875 | | YOW | SHV | 6:30a | 2:15p | 8h 45m | 2 | Eco |

Go to site / Select from / Show Details, per result:
- $805: aa.com: $805
- $948: aa.com: $948
- $866: united.com: $866
- $875: united.com: $875
- $792: united.com: $792
- $854: aa.com: $854
- $569: Flight Network: $569
- $767: aa.com: $767
- $1344: aa.com: $1344

**Fares from Top Providers***

Flight Network — Check now

priceline.com — From $486

Sponsored Links

Ottawa @ $321 RoundTrip
www.cheapoair.com/Ottawa-Cheap-Flights
Cheap RoundTrip Flights to Ottawa. Book Now & Get Up to $15 Off Fees!

Last minute Flight fr $10
www.skyscanner.com/LastMinute
Find Cheap Flights & Book Today. Prices from only $10!

Cheap Flights Ottawa
www.flightcentre.ca/Cheap-Flights
Lowest Airfare Guarantee. Save Money When You Fly w/ Flight Centre

$49 Shreveport Flights
www.lowcostairlines.com/Shreveport
Cheapest Shreveport Flights. Save Upto 70%. Limited Offers!

Cheap Ottawa Flight
www.studentuniverse.com/
Cheapest Travel Deals For Students. Book Now & Get The Best Rates!

$99+ Cheap Flights
cheapflights.onetravel.com/
Round Fares Starting Under $124*. Cheap Flights to All Destinations!

Deals by Travelzoo

$1099 -- Ireland in Fall: 7-Night, 4-City Trip from Ottawa*
Great Value Vacations

$136 & up -- Aruba Hotels & Resorts: Save up to 50%
Aruba Tourism Authority

$2999 -- 10-Night Award-Winning Asia Cruise, Save $1000*
Windstar Cruises

$529 & up -- 10-Night Cruise to Italy, Greece & Turkey*
Norwegian Cruise Line

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $875 including tax Go to site | Operated by Air Canada, United Airlines and Expressjet Airlines Dba United Express | | | | | | | |
| | Select from: united.com: $875 | | | | | | | Show Details |
| $574 including tax Go to site | | YOW | SHV | 3:00p | 10:51p | 8h 51m | 2 | Eco |
| | Select from: Flight Network: $574 | | | | | | | Show Details |
| $608 including tax Go to site | | YOW | SHV | 6:15a | 2:15p | 9h 00m | 2 | Eco |
| | Operated by Expressjet Airlines Dba United Express and United Airlines | | | | | | | |
| | Select from: united.com: $608 | | | | | | | Show Details |
| $711 including tax Go to site | | YOW | SHV | 6:35a | 2:35p | 9h 00m | 2 | Eco |
| | Operated by Us Airways Express-Air Wisconsin, US Airways and American Airlines | | | | | | | |
| | Select from: usairways.com: $711 | | | | | | | Show Details |
| $854 including tax Go to site | | YOW | SHV | 6:35a | 2:35p | 9h 00m | 2 | Eco |
| | Operated by US Airways and Envoy Air As American Eagle | | | | | | | |
| | Select from: aa.com: $854 | | | | | | | Show Details |
| $569 including tax Go to site | | YOW | SHV | 12:00p | 8:03p | 9h 03m | 2 | Eco |
| | Select from: Flight Network: $569 | | | | | | | Show Details |

Prev 1 2 3 4 5 .. 35 Next

AS SEEN ON:

Traveler FOX NEWS The New York Times TIME USA TODAY TRAVEL+ LEISURE

About Us Blog Press Room Help Contact Us Privacy Policy Disclaimer Fly.com™ is a property - ©2014

CHEAP FLIGHT TICKETS
Buy Direct from Airlines Expert. Great Discounts. Book Now & Save!





