# EXHIBIT 8



**Directions to 100 E Houston St #125, Marshall, TX 75670**
**34.6 mi – about 35 mins**

| | **Shreveport Regional Airport** | |
|---|---|---|
| A | 5103 Hollywood Ave, Shreveport, LA 71109 | |

| | 1. Head **south** on **Monkhouse Dr** toward **Hollywood Ave** | go 10 ft<br>total 10 ft |
|---|---|---|
| ↰ | 2. Make a U-turn at **Hollywood Ave**<br>About 2 mins | go 0.4 mi<br>total 0.4 mi |
|  | 3. Turn left to merge onto **I-20 W**<br>*Entering Texas*<br>About 24 mins | go 28.0 mi<br>total 28.4 mi |
| ↗ | 4. Take exit **620** for **Farm to Market Rd 31** toward **Elysian Fields** | go 0.2 mi<br>total 28.6 mi |
| ↱ | 5. Turn right onto **Elysian Fields Rd**<br>About 4 mins | go 2.8 mi<br>total 31.5 mi |
| | 6. Continue onto **Indian Springs Dr**<br>About 1 min | go 1.0 mi<br>total 32.5 mi |
| ↰ | 7. Turn left onto **E Travis St**<br>About 1 min | go 0.9 mi<br>total 33.4 mi |
| ↱ | 8. Take the 3rd right onto **SE End Blvd** | go 0.2 mi<br>total 33.6 mi |
| ↰ | 9. Turn left onto **E Houston St**<br>About 3 mins | go 0.9 mi<br>total 34.6 mi |
| ↰ | 10. Turn left onto **S Bolivar St** | go 131 ft<br>total 34.6 mi |
| ↱ | 11. Take the 1st right onto **E Houston St**<br>*Destination will be on the left* | go 82 ft<br>total 34.6 mi |
| B | 100 E Houston St #125, Marshall, TX 75670 | |

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2014 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.