# EXHIBIT 10



### Don Lindsay
Executive Advisor, Product Experience Planning & Execution. Previously Vice President, Design at BlackBerry

Mountain View, California (San Francisco Bay Area)  |  Consumer Electronics

**Join LinkedIn and access Don Lindsay's full profile. It's free!**

As a LinkedIn member, you'll join 250 million other professionals who are sharing connections, ideas, and opportunities.

- See who you and **Don Lindsay** know in common
- Get introduced to **Don Lindsay**
- Contact **Don Lindsay** directly

[ View Don's full profile ]

## Don Lindsay's Overview

|  |  |
|---|---|
| Current | **Vice President, User Experience** at **BlackBerry** |
| Past | Director, Design at Microsoft |
|  | Design Director, Mac OS User Experience Group at Apple |
|  | Design Manager, Corprorate Design Group at Bell-Northern Research |
|  | see all |
| Connections | **500+** connections |

## Don Lindsay's Summary

A veteran executive leader in a career that has spanned three decades with successful Fortune 500 technology companies. Don has delivered industry-defining desktop & mobile platform strategies & products while building and leading large scale, world-class product design organizations.

Engaged by the CEOs of Apple & BlackBerry to define and execute "bet the company" product evolutions, Don's experience and insight into organizational development, design culture, process, strategy and execution is the result of having shipped over fifteen major platform releases.

A recognized expert, innovator and contributor in product experience with over 120 granted or filed technology patents encompassing user interface design, gesture & speech interaction and UI implementation strategies for both desktop & mobile platforms.

## Don Lindsay's Experience

**Vice President, User Experience**
**BlackBerry**
Public Company; 10,001+ employees; RIMM; Telecommunications industry
March 2009 – Present (5 years 1 month)  |  Mountain View, California

Created and scaled a centralized User Experience organization with a global charter for the BlackBerry product & services product experience portfolio. Grew the organization to over 100 designers, researchers and developers, spanning 5 studio locations between North America & Europe. Served as executive member of the product planning council, responsible for the BlackBerry product roadmap planning and delivery.

Led the $150M acquisition of The Astonishing Tribe (TAT) in 2010 and drove the UX definition of BlackBerry 10 from concept to delivery. Engaged with internal and external partners, and media, in the definition, development and promotion of BlackBerry 10.

**Director, Design**
**Microsoft**
Public Company; 10,001+ employees; MSFT; Computer Software industry
October 2003 – February 2009 (5 years 5 months)  |  Seattle, Washington

Built the User Experience organization for Microsoft Live Labs, charted with exploring advanced product development for Internet services, search and data visualization. Joined Microsoft to lead the UX definition & conceptualization of 'Blackcomb' (post-Windows 7 planned release) while shipping innovative platform UX features for Windows Vista.

**Design Director, Mac OS User Experience Group**
**Apple**
Public Company; 10,001+ employees; AAPL; Consumer Electronics industry
June 1994 – May 2003 (9 years)  |  Cupertino, California

Directed the Mac OS User Experience group, partnering with Apple's senior executive leaders to define and deliver the first four releases of Mac OS X and media experiences including iTunes and iMovie. Initiated and led an effort to conceive and develop 'Aqua', the definitive Mac OS X experience. Shipped every release of Mac OS from 8.0 through 10.3.

**Design Manager, Corprorate Design Group**
**Bell-Northern Research**
Public Company; 10,001+ employees; NT; Telecommunications industry
July 1985 – June 1994 (9 years)  |  Ottawa, Ontario

Managed the product design team within the Corporate Design Group, responsible for interaction & visual interaction design, on-product graphics, branding, packaging and documentation. Designed & shipped the M3000 Touchphone, a revolutionary desktop phone with graphical UI and all-touch interface in 1986. Designed & prototyped advanced graphical, touch and speech user interfaces for desktop & mobile devices in 1990-94.

**Creative Designer**
**Norpak**
Privately Held; 51-200 employees; Telecommunications industry
September 1983 – May 1985 (1 year 9 months)  |  Ottawa, Canada

Led the user interface design of the Norpak NAPLPS Videotext authoring platform, a precursor to HTML and web authoring.

**Art Director**
**Banfield-Seguin**
Privately Held; 11-50 employees; Marketing and Advertising industry
January 1981 – August 1983 (2 years 8 months)   Ottawa, Canada Area

## Don Lindsay's Patents

### Computer Interface Having a Single Window Mode of Operation
United States Patent 8,504,937   |   Issued August 6, 2013
Inventors: Don Lindsay, Steven P. Jobs

### User interface for providing consolidation and access
United States Patent 7,526,738   |   Issued April 28, 2009
Inventors: Don Lindsay, Steven P. Jobs, Bas Ording

### User interface for providing consolidation and access
United States Patent 7,434,177   |   Issued October 7, 2008
Inventors: Don Lindsay, Steven P. Jobs, Bas Ording

### Method and system for providing an embedded application toolbar
United States Patent 6,686,938   |   Issued February 3, 2004
Inventors: Don Lindsay, Steven P. Jobs, Tim Wasko

### User Interface for Providing Consolidation and Access
United States Patent 8,032,843   |   Issued October 4, 2011
Inventors: Don Lindsay, Steven P. Jobs, Bas Ording

### Computer interface having a single window mode of operation
United States Patent 6,957,395   |   Issued October 18, 2005
Inventors: Don Lindsay, Steven P. Jobs

### Method and apparatus for speech synthesis using paralinguistic variation
United States Patent 8,103,505   |   Issued January 24, 2012
Inventors: Don Lindsay, Kim Silverman

### COMMUNICATION DEVICE
United States Patent Application 20130012269   |   Filed January 10, 2013
Inventors: Don Lindsay, Mike Lazaridis, Dan Dodge

### MULTIPLE-STAGE INTERFACE CONTROL OF A MOBILE ELECTRONIC DEVICE
United States Patent Application 20140040769   |   Filed February 6, 2014
Inventors: Don Lindsay, Mike Lazaridis, Dan Dodge, Jason Griffin, Todd Wood, Alistair Hamilton

### Graphical user interface for computers having variable size icons
United States Patent 7,216,304   |   Issued May 8, 2007
Inventors: Don Lindsay, Arno Gourdol

### Graphics tiering strategy incorporating bitmaps and window geometries
United States Patent 7,739,613   |   Issued June 15, 2010
Inventors: Don Lindsay

### Dynamic reflective highlighting of a glass appearance window frame
United States Patent 7,412,663   |   Issued August 12, 2008
Inventors: Don Lindsay, Tjeerd Hoek, Greg Melander

### Glass appearance window frame colorization
United States Patent 7,418,668   |   Issued August 26, 2008
Inventors: Don Lindsay, Tjeerd Hoek

### Visual expression of a state of an application window
United States Patent 7,577,918   |   Issued August 18, 2009
Inventors: Don Lindsay

### Method and apparatus for application window grouping and management
United States Patent 7,581,192   |   Issued August 25, 2009
Inventors: Don Lindsay, Charlie Stabb, Mark Ligameri

### Method and apparatus for application window grouping and management
United States Patent 7,478,339   |   Issued January 13, 2009
Inventors: Don Lindsay, Charlie Stabb, Cees van Dok, Chuck Cummins, Hillel Cooperman, jeff Pettiross, Sarah Shrock

### System and method for selecting a tab within a tabbed browser

United States Patent 7,596,760  | Issued September 29, 2009
Inventors: Don Lindsay, Aaron Sauve, Cees van Dok, Tony Schreiner

**System and method for providing a window management mode**
United States Patent 7,681,143  | Issued March 16, 2010
Inventors: Don Lindsay, Mark Ligameri

**System and method for visually expressing user interface elements**
United States Patent 7,661,069  | Issued February 9, 2010
Inventors: Don Lindsay, Mark Ligameri

**System and method for controlling the opacity of multiple windows while browsing**
United States Patent 7,747,965  | Issued June 29, 2010
Inventors: Don Lindsay, Charlie Stabb, Hillel Cooperman, Mark Ligameri, Ales Holecek

**User-created trade cards**
United States Patent 7,909,238  | Issued March 22, 2011
Inventors: Don Lindsay, Gary Flake, Blaise Aguera y Arcas, Brett Brewer, Steven Drucker, Karim Farouki, Adam Sheppard, Stephen Lawler, Stephen Szeliski, Chistopher Weare

**System and Method for Visually Browsing of Open Windows**
United States Patent 8,341,541  | Issued December 25, 2012
Inventors: Don Lindsay, Charlie Stabb, Tjeerd Hoek, Mark Ligameri

**SCROLLABLE AREA MULTI-SCALE VIEWING**
United States Patent 8,082,518  | Issued December 20, 2011
Inventors: Don Lindsay, Jeff Weir, Gary Flake, Brett Brewer

**GRAPHICAL CONTEXT SHORT MENU**
United States Patent Application 20110202879  | Filed August 18, 2011
Inventors: Don Lindsay

**USER INTERFACE FOR A TOUCHSCREEN DISPLAY**
United States Patent Application 20110087990  | Filed April 14, 2011
Inventors: Don Lindsay

**COLLECTION REPRESENTS COMBINED INTENT**
United States Patent Application 20090319357  | Filed December 24, 2009
Inventors: Don Lindsay

**SYSTEM AND METHOD FOR SELECTING A TAB WITHIN A TABBED BROWSER**
United States Patent Application 20100011313  | Filed January 24, 2010
Inventors: Don Lindsay

**3D CONTENT AGGREGATION BUILT INTO DEVICES**
United States Patent Application 20090310851  | Filed December 17, 2009
Inventors: Don Lindsay

**ANNOTATE AT MULTIPLE LEVELS**
United States Patent Application 20090307618  | Filed December 10, 2009
Inventors: Don Lindsay

**MARK-UP EXTENSIONS FOR SEMANTICALLY MORE RELEVANT THUMBNAILS OF CONTENT**
United States Patent Application 20090300506  | Filed December 3, 2009
Inventors: Don Lindsay

**MULTI-SCALE NAVIGATIONAL VISUALIZATION**
United States Patent Application 20090289937  | Filed November 26, 2009
Inventors: Don Lindsay

**PROCEDURAL AUTHORING**
United States Patent Application 20090279784  | Filed November 12, 2009
Inventors: Don Lindsay

**DYNAMIC MULTI-SCALE SCHEMA**
United States Patent Application 20090276445  | Filed November 5, 2009
Inventors: Don Lindsay

**INTERMEDIATE POINT BETWEEN IMAGES TO INSERT/OVERLAY ADS**
United States Patent Application 20090274391  | Filed November 5, 2009
Inventors: Don Lindsay

**ZOOM FOR ANNOTATABLE MARGINS**
United States Patent Application 20090254867  | Filed October 8, 2009

Inventors: Don Lindsay

**CLIENT-SIDE COMPOSING/WEIGHTING OF ADS**
United States Patent Application 20090254820   |   Filed October 8, 2009
Inventors: Don Lindsay

**DEVICE INTERACTION WITH COMBINATION OF RINGS**
United States Patent Application 20090251407   |   Filed October 8, 2009
Inventors: Don Lindsay

**MULTISCALED TRADE CARDS**
United States Patent Application 20090172570   |   Filed July 2, 2009
Inventors: Don Lindsay

**USER-CREATED TRADE CARDS**
United States Patent Application 20090159656   |   Filed June 25, 2009
Inventors: Don Lindsay

**TRADE CARD SERVICES**
United States Patent Application 20090152341   |   Filed June 18, 2009
Inventors: Don Lindsay

**Wireless Telephones**
Canada Patent CA2107819   |   Issued October 10, 1993
Inventors: Don Lindsay, Tracy Roberts, Neal Cowan, Michael Brown, Jeff Fairless, Nancy Carboni

**MANAGEMENT OF DEVICE SETTINGS VIA A PLURALITY OF INTERFACES**
United States Patent Application 20110265028   |   Filed October 27, 2011
Inventors: Don Lindsay

**APPARATUS, AND ASSOCIATED METHOD, FOR SELECTING MULTIPLE FILES AT A CONSUMER ELECTRONICS DEVICE**
United States Patent Application 20110265033   |   Filed October 27, 2011
Inventors: Don Lindsay

### Don Lindsay's Honors and Awards

**Red Dot Award for Product Design, 2011**
Red Dot
April 2011
http://en.red-dot.org/2783.html?&cHash=912e8c5f2019d61c648761fa6cf612e3&detail=8427

**Red Dot Award for Product Design, 2013**
Red Dot
March 2013
http://press.blackberry.com/press/2013/the-blackberry-z10-is-awarded-for-high-design-quality-in-the-red.html

### Don Lindsay's Skills & Expertise

User Experience    User-centered Design    Interaction Design    User Interface    User Interface Design    User Experience Design
Experience Design    Information Architecture    Usability Testing    Mobile Applications    Human Computer Interaction    Mobile Devices
User Research    Information Design    iPhone    Task Analysis    Accessibility    Usability Engineering    Rapid Prototyping
Contextual Inquiry

View All (42) Skills

### View Don Lindsay's full profile to...

- See who you and **Don Lindsay** know in common
- Get introduced to **Don Lindsay**
- Contact **Don Lindsay** directly

**View Don's full profile**

Not the Don Lindsay you were looking for? View more »