QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
   Sean Pak (Cal. Bar No. 219032)
   Matthew S. Warren (Cal. Bar No. 230565)
   Kristin J. Madigan (Cal. Bar No. 233436)
   quinn-google-n.d.cal.-13-05933@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 facsimile

   Patrick D. Curran (Cal. Bar No. 241630)
   quinn-google-n.d.cal.-13-05933@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
(212) 849-7100 facsimile

Attorneys for Plaintiff GOOGLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC., | CASE NO. 13-cv-5933-CW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES LLC, | |
| Defendants. | |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Patrick D. Curran, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of record for Plaintiff Google Inc.

> Patrick D. Curran (Cal. Bar No. 241630)
> Quinn Emanuel Urquhart & Sullivan, LLP
> 51 Madison Avenue, 22nd Floor
> New York, New York 10010
> (212) 849-7000
> (212) 849-7100 facsimile
> quinn-google-n.d.cal.-13-05933@quinnemanuel.com

DATED:  June 26, 2014                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s Patrick D. Curran
    Charles K. Verhoeven (Cal. Bar No. 170151)
    Sean Pak (Cal. Bar No. 219032)
    Matthew S. Warren (Cal. Bar No. 230565)
    Kristin J. Madigan (Cal. Bar No. 233436)
    quinn-google-n.d.cal.-13-05933@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, California 94111
    (415) 875-6600
    (415) 875-6700 facsimile

    Patrick D. Curran (Cal. Bar No. 241630)
    quinn-google-n.d.cal.-13-05933@quinnemanuel.com
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    (212) 849-7000
    (212) 849-7100 facsimile

*Attorneys for Google Inc.*