1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
        Charles K. Verhoeven (Cal. Bar No. 170151)
2       Sean Pak (Cal. Bar No. 219032)
        Matthew S. Warren (Cal. Bar No. 230565)
3       Kristin J. Madigan (Cal. Bar No. 233436)
        quinn-google-n.d.cal.-13-05933@quinnemanuel.com
4   50 California Street, 22nd Floor
    San Francisco, California 94111
5   (415) 875-6600
    (415) 875-6700 facsimile
6
        Patrick D. Curran (Cal. Bar No. 241630)
7       quinn-google-n.d.cal.-13-05933@quinnemanuel.com
    51 Madison Avenue, 22nd Floor
8   New York, New York 10010
    (212) 849-7000
9   (212) 849-7100 facsimile

10  Attorneys for Plaintiff GOOGLE INC.

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        OAKLAND DIVISION

15

16  GOOGLE INC.,                          CASE NO. 13-cv-5933-CW

17              Plaintiff,                 **NOTICE OF FILING BEFORE THE
                                           COURT OF APPEALS FOR THE
18        v.                               FEDERAL CIRCUIT OF PETITION FOR
                                           WRIT OF MANDAMUS TO THE
19  ROCKSTAR CONSORTIUM US LP and          EASTERN DISTRICT OF TEXAS**
    MOBILESTAR TECHNOLOGIES LLC,
20
                Defendants.
21

22

23

24  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

25          PLEASE TAKE NOTICE that Google Inc. and other parties today filed, before the United

26  States Court of Appeals for the Federal Circuit, a Petition for a Writ of Mandamus seeking an

27  order directing the United States District Court for the Eastern District of Texas to stay that action

28

1   until resolution of this action by this Court, or transfer its action to this District.  Attached as

2   Exhibit A is a copy of this petition.

3   DATED:  August 14, 2014              Respectfully submitted,

4                                       QUINN EMANUEL URQUHART & SULLIVAN, LLP

5                                       By  /s Matthew S. Warren
                                            Matthew S. Warren
6                                           *Attorneys for Google Inc.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28