1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
        Charles K. Verhoeven (Cal. Bar No. 170151)
2       Sean Pak (Cal. Bar No. 219032)
        David Eiseman (Cal. Bar No. 114758)
3       Kristin J. Madigan (Cal. Bar No. 233436)
        quinn-google-n.d.cal.-13-05933@quinnemanuel.com
4   50 California Street, 22nd Floor
    San Francisco, California 94111
5   (415) 875-6600
    (415) 875-6700 facsimile
6
        Victoria F. Maroulis
7       quinn-google-n.d.cal.-13-05933@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
8   Redwood Shores, California 94065
    (650) 801-5000
9   (650) 801-5100 facsimile
10      Patrick D. Curran (Cal. Bar No. 241630)
        quinn-google-n.d.cal.-13-05933@quinnemanuel.com
11  51 Madison Avenue, 22nd Floor
    New York, New York 10010
12  (212) 849-7000
    (212) 849-7100 facsimile
13
    Attorneys for Plaintiff GOOGLE INC.
14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                        OAKLAND DIVISION

18

19
    GOOGLE INC.,                        CASE NO. 13-cv-5933-CW
20
               Plaintiff,               **DECLARATION OF JASON LIU IN
21                                       SUPPORT OF APPLICATION FOR
          v.                             ADMISSION OF ATTORNEY PRO HAC
22                                       VICE UNDER CIVIL LOCAL RULE 11-3**
    ROCKSTAR CONSORTIUM US LP and
23  MOBILESTAR TECHNOLOGIES LLC,

24             Defendants.

25

26

27

28

1    I, Jason Liu, declare as follows:

2           1.       I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for plaintiff

3    Google Inc. ("Google") in this action.  I submit this declaration in support of my Application for

4    Admission of Attorney Pro Hac Vice under Civil Local Rule 11-3 to appear in this matter on

5    behalf of Google.

6           2.       I have been a resident of California for less than one year.

7           3.       I have registered with, and completed all required applications for admission to, the

8    State Bar of California.

9           4.       I have taken and am awaiting my results from the California State Bar exam.

10          I declare under penalty of perjury that the foregoing is true and correct.  Executed on

11   September 23, 2014, in Austin, Texas.

12                                              By /s Jason Liu
                                                    Jason Liu

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28