QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
   David Eiseman (Cal. Bar No. 114758)
   Sean Pak (Cal. Bar No. 219032)
   Kristin J. Madigan (Cal. Bar No. 233436)
   quinn-google-n.d.cal.-13-05933@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 facsimile

Victoria F. Maroulis (Cal. Bar No. 202603)
   quinn-google-n.d.cal.-13-05933@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
(650) 801-5000
(650) 801-5100 facsimile

   Patrick D. Curran (Cal. Bar No. 241630)
   quinn-google-n.d.cal.-13-05933@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
(212) 849-7100 facsimile

Attorneys for Plaintiff GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC., | CASE NO. 13-cv-5933-CW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES LLC, | |
| Defendants. | |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Jordan R. Jaffe, an attorney with the firm of Quinn

3  Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as

4  an attorney of record for Plaintiff Google Inc.

    Jordan R. Jaffe (Cal. Bar No. 254886)
    50 California Street, 22nd Floor
    San Francisco, California 94111
    (415) 875-6600
    (415) 875-6700 facsimile
    quinn-google-n.d.cal.-13-05933@quinnemanuel.com

DATED:  September 26, 2014          Respectfully submitted,

                                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                    By /s Jordan R. Jaffe
                                        Charles K. Verhoeven (Cal. Bar No. 170151)
                                        David Eiseman (Cal. Bar No. 114758)
                                        Sean Pak (Cal. Bar No. 219032)
                                        Kristin J. Madigan (Cal. Bar No. 233436)
                                        quinn-google-n.d.cal.-13-05933@quinnemanuel.com
                                        50 California Street, 22nd Floor
                                        San Francisco, California 94111
                                        (415) 875-6600
                                        (415) 875-6700 facsimile

                                        Victoria F. Maroulis (Cal. Bar No. 202603)
                                        quinn-google-n.d.cal.-13-05933@quinnemanuel.com
                                        555 Twin Dolphin Drive, 5th Floor
                                        Redwood Shores, California 94065
                                        (650) 801-5000
                                        (650) 801-5100 facsimile

                                        Patrick D. Curran (Cal. Bar No. 241630)
                                        quinn-google-n.d.cal.-13-05933@quinnemanuel.com
                                        51 Madison Avenue, 22nd Floor
                                        New York, New York 10010
                                        (212) 849-7000
                                        (212) 849-7100 facsimile

                                        *Attorneys for Google Inc.*