QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Cal. Bar No. 170151)
  Sean Pak (Cal. Bar No. 219032)
  David Eiseman (Cal. Bar No. 114758)
  Kristin J. Madigan (Cal. Bar No. 233436)
  quinn-google-n.d.cal.-13-05933@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 facsimile

  Victoria F. Maroulis (Cal. Bar No. 202603)
  quinn-google-n.d.cal.-13-05933@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
(650) 801-5000
(650) 801-5100 facsimile

  Patrick D. Curran (Cal. Bar No. 241630)
  quinn-google-n.d.cal.-13-05933@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
(212) 849-7100 facsimile

Attorneys for Plaintiff GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE INC., <br><br> Plaintiff, <br><br> v. <br><br> ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES LLC, <br><br> Defendants. | CASE NO. 13-cv-5933-CW <br><br> **NOTICE OF ORDER BY THE COURT OF APPEALS FOR THE FEDERAL CIRCUIT GRANTING-IN-PART PETITIONS FOR WRIT OF MANDAMUS TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS** |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that the United States Court of Appeals for the Federal Circuit

3  today entered an order regarding the petitions for writ of mandamus filed in *In re Google Inc.*,

4  Case No. 14-147 (Fed. Cir.), *In re HTC Corp.*, Case No. 14-148 (Fed. Cir.), *In re ASUSTek*

5  *Computer Inc.*, Case No. 14-149 (Fed. Cir.), *In re LG Elecs., Inc.*, Case No. 14-150 (Fed. Cir.),

6  and *In re ZTE Corp.*, Case No. 14-151 (Fed. Cir.), in which the Federal Circuit ordered:

> The petitions for a writ of mandamus are granted to the extent that the orders denying the motions to stay are vacated, and the Eastern District of Texas is ordered to stay proceedings pending the outcome of the declaratory judgment action in the Northern District of California.

10  A copy of the Federal Circuit's order is attached as Exhibit A.

11  DATED:  October 9, 2014          Respectfully submitted,

12                                  QUINN EMANUEL URQUHART & SULLIVAN, LLP

13                                  By /s  Patrick D. Curran
                                    Charles K. Verhoeven (Cal. Bar No. 170151)
14                                  Sean Pak (Cal. Bar No. 219032)
                                    David Eiseman (Cal. Bar No. 114758)
15                                  Kristin J. Madigan (Cal. Bar No. 233436)
                                    quinn-google-n.d.cal.-13-05933@quinnemanuel.com
16                                  50 California Street, 22nd Floor
                                    San Francisco, California 94111
17                                  (415) 875-6600
                                    (415) 875-6700 facsimile
18
                                    Victoria F. Maroulis (Cal. Bar No. 202603)
19                                  quinn-google-n.d.cal.-13-05933@quinnemanuel.com
                                    555 Twin Dolphin Drive, 5th Floor
20                                  Redwood Shores, California 94065
                                    (650) 801-5000
21                                  (650) 801-5100 facsimile

22                                  Patrick D. Curran (Cal. Bar No. 241630)
                                    quinn-google-n.d.cal.-13-05933@quinnemanuel.com
23                                  51 Madison Avenue, 22nd Floor
                                    New York, New York 10010
24                                  (212) 849-7000
                                    (212) 849-7100 facsimile
25
                                    *Attorneys for Google Inc.*