IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., | No. C 13-5933 CW |
| Plaintiff, | ORDER DENYING MOTION TO TRANSFER |
| v. | (Docket No. 67) |
| ROCKSTAR CONSORTIUM U.S. LP, and MOBILESTAR TECHNOLOGIES, LLC, | |
| Defendants. | |

In the light of the October 9, 2014 order of the United States Court of Appeals for the Federal Circuit (Docket No. 136-1) and the October 10, 2014 order of the Eastern District of Texas (Docket No. 137-1), the Court hereby DENIES Defendants' Motion to Transfer (Docket No. 67).

IT IS SO ORDERED.

Dated: October 20, 2014

CLAUDIA WILKEN
United States District Judge