1 | [Counsel Listed on Signature Page]

2
3
4
5
6
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11

12 | GOOGLE INC.,                                    CASE NO. 13-cv-5933-CW

13 |          Plaintiff,                             **JOINT STATUS REPORT REGARDING MEDIATION**

14 |     v.

15 | ROCKSTAR CONSORTIUM US LP and
     MOBILESTAR TECHNOLOGIES LLC,
16
17 |          Defendants.

18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to the Court's Orders of June 26, 2014 (Docket No. 88) and September 11, 2014
2    (Docket No. 114), Plaintiff Google Inc. and Defendants Rockstar Consortium US LP and
3    MobileStar Technologies LLC engaged in private mediation on October 20, 2014, before the
4    Honorable David Folsom, retired Chief Judge of the United States District Court for the Eastern
5    District of Texas.  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung
6    Telecommunications America, LLC, ZTE Corporation, ZTE (USA) Inc., HTC America, Inc.,
7    HTC Corporation, LG Electronics Inc., LG Electronics Mobilecomm USA Inc., LG Electronics
8    U.S.A., ASUSTeK Computer, Inc. and Asus Computer International, Inc., defendants in the
9    currently-stayed actions filed by Rockstar Consortium US LP and MobileStar Technologies LLC
10   in the United States District Court for the Eastern District of Texas, also attended the mediation.
11       Counsel of record and client representatives with full authority to negotiate a settlement
12   and execute an agreement resolving all of the issues in this matter participated in the mediation.
13   The parties did not reach a settlement.

DATED: November 4, 2014

| MCKOOL SMITH, P.C. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By /s *Theodore Stevenson III* <br> Mike McKool <br> Texas State Bar No. 13732100 <br> mmckool@McKoolSmith.com <br> Douglas A. Cawley <br> Texas State Bar No. 04035500 <br> dcawley@McKoolSmith.com <br> Theodore Stevenson III <br> Texas State Bar No. 19196650 <br> tstevenson@mckoolsmith.com <br> David Sochia <br> Texas State Bar No. 00797470 <br> dsochia@McKoolSmith.com <br> 300 Crescent Court Suite 1500 <br> Dallas, TX 75201 <br> Telephone: (214) 978-4000 <br> Telecopier: (214) 978-4044 <br><br> Joshua W. Budwin <br> Texas State Bar No. 24050347 <br> jbudwin@mckoolsmith.com <br> 300 W. 6th Street, Suite 1700 <br> Austin, TX 78701 <br> Telephone: (512) 692-8700 <br> Telecopier: (512) 692-8744 <br><br> *Attorneys for Rockstar Consortium US LP, and MobileStar Technologies LLC* | By /s *Patrick D. Curran* <br> Charles K. Verhoeven (Cal. Bar No. 170151) <br> Sean Pak (Cal. Bar No. 219032) <br> David Eiseman (Cal. Bar No. 114758) <br> Kristin J. Madigan (Cal. Bar No. 233436) <br> quinn-google-n.d.cal.-13-05933@quinnemanuel.com <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111 <br> (415) 875-6600 <br> (415) 875-6700 facsimile <br><br> Victoria F. Maroulis (Cal. Bar No. 202603) <br> quinn-google-n.d.cal.-13-05933@quinnemanuel.com <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, California 94065 <br> (650) 801-5000 <br> (650) 801-5100 facsimile <br><br> Patrick D. Curran (Cal. Bar No. 241630) <br> quinn-google-n.d.cal.-13-05933@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> (212) 849-7000 <br> (212) 849-7100 facsimile <br><br> *Attorneys for Google Inc.* |

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that Theodore Stevenson III has concurred in this filing.

DATED: November 4, 2014

                                    /s *Patrick D. Curran*
                                        Patrick D. Curran