1  **[Counsel Listed on Signature Page]**

2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                              OAKLAND

11 | Google Inc.,
12 |                              Plaintiff,            | Case No. 4:13-cv-5933-CW
13 |              v.                                    | **JOINT MOTION TO DISMISS**
14 | Rockstar Consortium US LP and MobileStar           | Hon. Claudia Wilken
   | Technologies LLC,
15
16 |                              Defendants.

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Google Inc. ("Plaintiff") and Defendants Rockstar Consortium U.S. LP and MobileStar Technologies LLC (collectively, "Defendants") have resolved Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants without prejudice and Defendants' claims, defenses, or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

DATED: February 18, 2015

| MCKOOL SMITH, P.C. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By */s/ David Sochia* | By: */s/ Patrick D. Curran* |
| Courtland L. Reichman<br>MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive Suite 510<br>Redwood Shores, CA 94065<br>(650) 394-1400<br>(650) 394-1422 (facsimile) | Charles K. Verhoeven (Cal. Bar No. 170151)<br>Sean Pak (Cal. Bar No. 219032)<br>David Eiseman (Cal. Bar No. 114758)<br>Kristin J. Madigan (Cal. Bar No. 233436)<br>quinn-google-n.d.cal.-13-05933@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>(415) 875-6600<br>(415) 875-6700 facsimile |
| Mike McKool (Admitted Pro Hac Vice)<br>mmckool@McKoolSmith.com<br>Douglas A. Cawley (Admitted Pro Hac Vice)<br>dcawley@McKoolSmith.com<br>Ted Stevenson III (Admitted Pro Hac Vice)<br>tstevenson@McKoolSmith.com<br>David Sochia (Admitted Pro Hac Vice)<br>dsochia@McKoolSmith.com<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>(214) 978-4000<br>(214) 978-4044 (facsimile) | Victoria F. Maroulis (Cal. Bar No. 202603)<br>quinn-google-n.d.cal.-13-05933@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>(650) 801-5000<br>(650) 801-5100 facsimile |
| Joshua W. Budwin (Admitted Pro Hac Vice)<br>jbudwin@McKoolSmith.com<br>300 W. 6th Street, Suite 1700<br>Austin, TX 78701<br>(512) 692-8700<br>(512) 692-8744 (facsimile) | Patrick D. Curran (Cal. Bar No. 241630)<br>quinn-google-n.d.cal.-13-05933@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br>(212) 849-7100 facsimile |
| *Attorneys for Defendants Rockstar Consortium U.S. LP and MobileStar Technologies LLC* | *Attorneys for Plaintiff Google Inc.* |

## ATTESTATION

I, Patrick D. Curran, am the ECF user whose userid and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that David Sochia has concurred in this filing.

DATED:  February 18, 2015

                                        */s/ Patrick D. Curran*
                                        Patrick D. Curran

-3-

Case No. 4:13-cv-5933-CW                                                                    **JOINT MOTION TO DISMISS**