1    **[Counsel Listed on Signature Page]**

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                              **OAKLAND**

11   Google Inc.,

12                         Plaintiff,              Case No. 4:13-cv-5933-CW

13              v.                                 **JOINT MOTION TO DISMISS**

14   Rockstar Consortium US LP and MobileStar     Hon. Claudia Wilken
     Technologies LLC,
15
                         Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Google Inc. ("Plaintiff") and Defendants Rockstar Consortium U.S. LP and MobileStar Technologies LLC (collectively, "Defendants") have resolved Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants without prejudice and Defendants' claims, defenses, or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

DATED: February 18, 2015

MCKOOL SMITH, P.C.                          QUINN EMANUEL URQUHART & SULLIVAN,
                                            LLP

By /s/ David Sochia                         By: /s/ Patrick D. Curran
Courtland L. Reichman                       Charles K. Verhoeven (Cal. Bar No. 170151)
MCKOOL SMITH HENNIGAN, P.C.                 Sean Pak (Cal. Bar No. 219032)
255 Shoreline Drive Suite 510               David Eiseman (Cal. Bar No. 114758)
Redwood Shores, CA 94065                    Kristin J. Madigan (Cal. Bar No. 233436)
(650) 394-1400                              quinn-google-n.d.cal.-13-
(650) 394-1422 (facsimile)                  05933@quinnemanuel.com
                                            50 California Street, 22nd Floor
Mike McKool (Admitted Pro Hac Vice)         San Francisco, California 94111
mmckool@McKoolSmith.com                     (415) 875-6600
Douglas A. Cawley (Admitted Pro Hac Vice)   (415) 875-6700 facsimile
dcawley@McKoolSmith.com
Ted Stevenson III (Admitted Pro Hac Vice)   Victoria F. Maroulis (Cal. Bar No. 202603)
tstevenson@McKoolSmith.com                  quinn-google-n.d.cal.-13-
David Sochia (Admitted Pro Hac Vice)        05933@quinnemanuel.com
dsochia@McKoolSmith.com                     555 Twin Dolphin Drive, 5th Floor
300 Crescent Court, Suite 1500              Redwood Shores, California 94065
Dallas, TX 75201                            (650) 801-5000
(214) 978-4000                              (650) 801-5100 facsimile
(214) 978-4044 (facsimile)
                                            Patrick D. Curran (Cal. Bar No. 241630)
Joshua W. Budwin (Admitted Pro Hac Vice)    quinn-google-n.d.cal.-13-
jbudwin@McKoolSmith.com                     05933@quinnemanuel.com
300 W. 6th Street, Suite 1700               51 Madison Avenue, 22nd Floor
Austin, TX 78701                            New York, New York 10010
(512) 692-8700                              (212) 849-7000
(512) 692-8744 (facsimile)                  (212) 849-7100 facsimile

*Attorneys for Defendants Rockstar          Attorneys for Plaintiff Google Inc.*
*Consortium U.S. LP and MobileStar*
*Technologies LLC*

Case No. 4:13-cv-5933-CW                                        **JOINT MOTION TO DISMISS**

# ATTESTATION

I, Patrick D. Curran, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that David Sochia has concurred in this filing.

DATED: February 18, 2015

/s/ Patrick D. Curran
Patrick D. Curran

**JOINT MOTION TO DISMISS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GOOGLE INC.,

         Plaintiff,

      v.

ROCKSTAR CONSORTIUM US LP and
MOBILESTAR TECHNOLOGIES LLC,

        Defendants.

CASE NO. 13-cv-5933-CW

**[PROPOSED] ORDER GRANTING
MOTION TO DISMISS**

On this day, Plaintiff Google Inc. ("Plaintiff") and Defendants Rockstar Consortium U.S. LP and MobileStar Technologies LLC (collectively, "Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case and Defendants' claims, defenses, and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants without prejudice and Defendants' claims, defenses, and/or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring the same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed without prejudice and Defendants' claims, defenses, and/or counterclaims for relief against Plaintiff are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

DATED:     February 19, 2015

The Honorable Claudia Wilken
United States District Judge

Case No. 13-cv-5933-CW
[PROPOSED] ORDER GRANTING MOTION TO DISMISS