UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____
www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
510-637-3530

January 28, 2016

Case Number:  13-cv-05933-CW

Case Title: Google Inc. v. Rockstar Consortium US LP

TO COUNSEL OF RECORD;

    In accordance with Local Rule 79-4(b), it is requested that counsel withdraw their **exhibit 11 & 30 (CD) - document #37** by filing a written notice forthwith.  If notice is not received within thirty (30) days, the exhibits will be disposed of in accordance with Local Rule 79-4(c).

Very truly yours,

Susan Y. Soong, Clerk

by: Clara Pierce  
Case Systems Administrator

**DISPOSAL DATE: 2/29/2016**