**WARREN LEX** LLP

2261 MARKET STREET No. 606
SAN FRANCISCO CA 94114

TEL   +1 (415) 895 2940
FAX   +1 (415) 895 2964

January 29, 2016

**By Electronic Filing**

Susan Y. Soong
Clerk of Court
United States District Court for the Northern District of California
Ronald V. Dellums Federal Building and United States Courthouse
1301 Clay Street
Oakland, California, 94612

**Re:      Google Inc. v. Rockstar Consortium US LP, No. 13-5933 (N.D. California)**

Dear Ms. Soong:

I write on behalf of Plaintiff Google Inc. in response to your Notice of yesterday, January 28, regarding
Docket No. 37 in this action.  As the filer of this exhibit, Google does not object to its immediate
destruction.  Please let me know if you have any questions or need any further information, and thank you
very much for your time and help.

Very Truly Yours,

Matt Warren